AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARDIT FERIZI | ) | Case No. 3:21-mj-70014 MAG |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
Jan 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2017 - February 2018  in the county of  San Francisco  in the
Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Dustin Reid

☑ Continued on the attached sheet.

Approved as to form  /s/
AUSA William Frentzen

/s/ Dustin Reid via telephone
*Complainant's signature*

Dustin Reid, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone.

Date: 01/07/2021

*Judge's signature*

City and state:  San Francisco, CA    Hon. Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*