# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

FILED

Jan 21 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

CR 21-0027 WHA

ARDIT FERIZI,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1343 - Wire Fraud;
18 U.S.C. § 1029(a)(3) - Possession of Unauthorized Access Device;
18 U.S.C. § 1028(a)(2) - Transfer of Stolen Identification Documents;
18 U.S.C. § 1028A - Aggravated Identity Theft;
18 U.S.C. § 2 - Aiding and Abetting

/s/ Foreperson of the Grand Jury

A true bill.

_____ Foreman

Filed in open court this __21st__ day of __January, 2021__.

Stephen Ybarra
Clerk

Bail, $ No Process

Hon. Alex G. Tse, United States Magistrate Judge

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

Jan 21 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARDIT FERIZI,<br><br>    Defendant. | CASE NO.  CR 21-0027 WHA<br><br>VIOLATIONS: 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343, Wire Fraud; 18 U.S.C. § 1029(a)(3), Possession of Unauthorized Access Device; 18 U.S.C. § 1028(a)(2), Transfer of Stolen Identification Documents; 18 U.S.C. § 1028A, Aggravated Identity Theft; 18 U.S.C. § 2, Aiding and Abetting<br><br>SAN FRANCISCO DIVISION |

I N D I C T M E N T

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.      Defendant ARDIT FERIZI was an inmate in the federal Bureau of Prisons serving a sentence after entering a guilty plea for providing material support to terrorists and unlawful computer intrusion.

2.      FERIZI was able to communicate with a family member, "LF."  LF was believed to be located outside of the United States during the time alleged in this Indictment.  FERIZI communicated

INDICTMENT                                               1

with LF through email, telephone calls, and through intermediaries which affected interstate and foreign commerce.

3. PayPal was an online payment services platform. PayPal was located in the Northern District of California.

4. Google Drive was a feature provided by Google, Inc. to control documents and data online. Google was located in the Northern District of California.

5. FERIZI's Google Drive contained databases of stolen and unauthorized personally identifiable information and online account access data, including a database of 51 sets of partial credit card numbers, emails, and passwords related to Macy's credit card accounts. FERIZI's Google Drive also contained a database of 55 sets of stolen login credentials titled "Untitled spreadsheet," a database of 438,334 rows of email addresses titled "USA-Emails-Clean," and a database of more than 17,000 rows of information regarding Israeli citizens intended for identity theft and other online harassment. Included among the data belonging to Israeli citizens was Tuedat Zehut, the Israeli Identity Card number issued by the Israeli government for identification documents for its citizens and which constituted "authentication features" as defined by Title 18, United States Code, Section 1028, and associated statutes. Among the data included personal information that constituted "access devices" as defined by Title 18, United States Code, Section 1029, and associated statutes.

6. Among the data on the online databases were personally identifying information for real individuals previously illegally obtained by FERIZI.

COUNT ONE: (18 U.S.C. § 1349 and 1343 – Conspiracy to Commit Wire Fraud)

7. On or between October, 2017, and at least May, 2018, the exact dates being unknown to the Grand Jury, in the Northern District of California and elsewhere, the defendant,

ARDIT FERIZI,

did knowingly and intentionally conspire with LF and others, known and unknown to the Grand Jury, to commit wire fraud, that is, having devised and intending to devise a material scheme and artifice to defraud victims of money and property, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections

1343.

## MANNER AND MEANS OF THE CONSPIRACY

8. It was part of the conspiracy that FERIZI provided LF with account information and passwords in order to allow LF to access previously stolen data and information, including personally identifying information for other persons. It was further part of the conspiracy that FERIZI and others, known and unknown to the Grand Jury, would access that information for the purpose of further use of the data to commit fraud. It was a further part of the conspiracy that FERIZI and others, known and unknown to the Grand Jury would use the information of real individuals in order to establish access to credit in the names of those real individuals or fraudulently transfer funds from their online accounts, such as PayPal. It was a further part of the conspiracy that the conspirators would use interstate and foreign wire communications to further the scheme to defraud.

All done in violation of Title 18, United States Code, Sections 1349 and 1343.

COUNT TWO:    (18 U.S.C. § 1343 – Wire Fraud)

9. On or about February 25, 2018, in the Northern District of California and elsewhere, the defendant,

ARDIT FERIZI,

aided and abetted by LF and by others, known and unknown to the Grand Jury, did knowingly and intentionally commit wire fraud, that is, having devised and intending to devise a material scheme and artifice to defraud victims of money and property, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections 1343 and, specifically, on February 25, 2018, did cause a wire communication described as an email from Google indicating that data was ready to download.

All done in violation of Title 18, United States Code, Sections 1343 and 2.

COUNT THREE:    (18 U.S.C. § 1029(a)(3) – Possession of Unauthorized Access Device)

INDICTMENT                                       3

10. On or about February 25, 2018, in the Northern District of California, and elsewhere, the defendant,

ARDIT FERIZI,

aided and abetted by LF and others, known and unknown to the Grand Jury, did knowingly and with intent to defraud, possess fifteen or more access devices, to wit, partial credit card numbers, email addresses and corresponding passwords, said possession affecting interstate and foreign commerce, in that access was communicated and transferred via interstate and foreign communication.

All done in violation of Title 18, United States Code, Sections 1029(a)(3), (c)(1)(a)(i) and 2.

COUNT FOUR:    (18 U.S.C. § 1028(a)(2) – Transfer of Stolen Identification Documents)

11. On or about February 25, 2018, in the Northern District of California and elsewhere, the defendant,

ARDIT FERIZI,

aided and abetted by LF and others, known and unknown to the Grand Jury, did knowingly transfer an authentication feature, to wit, Israeli Identity Card numbers, or Tuedat Zehut, knowing that such feature was stolen or produced without lawful authority, and the production or transfer of the authentication feature was in or affected interstate or foreign commerce, and the offense involved the production or transfer of more than five authentication features.

All done in violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1)(B) and 2.

COUNT FIVE:    (18 U.S.C. § 1028A – Aggravated Identity Theft)

12. On or about February 25, 2018, in the Northern District of California and elsewhere, the defendant,

ARDIT FERIZI,

aided and abetted by LF and others, known and unknown to the Grand Jury, did knowingly and intentionally transfer, possess, and use, without lawful authority, a means of identification of other persons during and in relation to the commission of Wire Fraud in violation of Title 18, United States Code, Section 1343, as alleged in Count Two of this Indictment, and during and in relation to the commission of Possession of Unauthorized Access Device in violation of Title 18, United States Code,

Section 1029(a)(3), as alleged in Count Three of this Indictment, and during and in relation to the commission of Transfer of Stolen Identification Documents in violation of Title 18, United States Code, Section 1028(a)(2), as alleged in Count Four of this Indictment, knowing that the means of identification belonged to another actual person.

    All done in violation of Title 18, United States Code, Sections 1028A and 2.

DATED: 01/21/2021

A TRUE BILL.

/s/
_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

/s/ William Frentzen
_____
WILLIAM FRENTZEN
Assistant United States Attorney
Chief, Corporate Fraud Strike Force

INDICTMENT      5