# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNTS ONE AND TWO, 18 U.S.C. §§ 1349, 1343 - Conspiracy to Commit Wire Fraud; Wire Fraud
COUNT THREE, 18 U.S.C. § 1029(a)(3) - Possession of Unauthorized Access Device;
COUNT FOUR, 18 U.S.C. § 1028(a)(2) - Transfer of Stolen Identification Documents;
COUNT FIVE, 18 U.S.C. § 1028A - Aggravated Identity Theft

PENALTY: Please see attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
Jan 21 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DEFENDANT - U.S**

▶ ARDIT FERIZI

DISTRICT COURT NUMBER  CR 21-0027 WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Reid, Dustin - Special Agent, Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): WILLIAM FRENTZEN

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

**PENALTY INFORMATION**

COUNTS ONE AND TWO, 18 U.S.C. §§ 1349, 1343: Not more than 20 years imprisonment, not more than $250,000 fine, not more than 3 years supervised release, $100 special assessment.

COUNT THREE, 18 U.S.C. § 1029(a)(3): Not more than 10 years imprisonment, not more than $250,000 fine, not more than 3 years supervised release, $100 special assessment.

COUNT FOUR, 18 U.S.C. § 1028(a)(2): Not more than 15 years imprisonment, not more than $250,000 fine, not more than 3 years supervised release, $100 special assessment.

COUNT FIVE, 18 U.S.C. § 1028A: 2 years imprisonment in addition and consecutive to the punishment provided for the underlying felony.