# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jan 21 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**  **CASE NUMBER:** CR 21-0027 WHA

USA v.  ARDIT FERIZI  CR

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes  No ✔ | |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes  No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ | |
| **Is this a potential high-cost case?** | Yes  No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes  No ✔ | |
| **Is this a RICO Act gang case?** | Yes  No ✔ | |

**Assigned AUSA (Lead Attorney):** William Frentzen    **Date Submitted:** 1/21/2021

**Comments:**

RESET FORM    SAVE PDF