MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Ardit Ferizi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARDIT FERIZI,<br><br>　　　　Defendant. | Case No.: 3:21-CR-00027-WHA<br><br>**DECLARATION OF HANNI M. FAKHOURY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION** |

I, Hanni M. Fakhoury, hereby declare as follows:

1. I am an attorney licensed in the state of California. I have been appointed to represent Mr. Ferizi in this case.

2. Attached as Exhibit A is a true and correct copy of the docket in *United States v. Ardit Ferizi*, 1:16-CR-00042-LMB (E.D. Va.). I obtained a PDF copy of this docket by accessing the CM/ECF website for the Eastern District of Virginia.

3. Attached as Exhibit B is a true and correct copy of an FBI FD-302 Report of Investigation dated January 28, 2016 that I received from the government in discovery.

4. Attached as Exhibit C is a true and correct copy of a January 27, 2016 press release issued by the U.S. Attorney's Office for the Eastern District of Virginia titled "ISIL-Linked Hacker Arrives in U.S. to Face Terrorism Charges." I obtained a PDF copy of the press release from the website for the U.S. Attorney's Office for the Eastern District of Virginia.

5. Attached as Exhibit D is a true and correct copy of an FBI FD-302 Report of Investigation dated August 4, 2016 that I received from the government in discovery.

6. Attached as Exhibit E is a true and correct copy of an FBI FD-302 Report of Investigation dated August 5, 2016 that I received from the government in discovery.

7. Attached as Exhibit F is a true and correct copy of an FBI FD-302 Report of Investigation dated August 10, 2016 that I received from the government in discovery.

8. Attached as Exhibit G is a true and correct copy of an FBI FD-302 Report of Investigation dated December 29, 2020 that I received from the government in discovery.

9. Attached as Exhibit H is a true and correct copy of an FBI FD-1057 Electronic Communication dated May 4, 2017 that I received from the government in discovery.

10. Attached as Exhibit I is a true and correct copy of an FBI FD-1036 Import Form dated January 16, 2018 that I received from the government in discovery.

11. Attached as Exhibit J is a true and correct copy of an FBI FD-1057 Electronic Communication dated January 29, 2018 that I received from the government in discovery.

12. Attached as Exhibit K is a true and correct copy of an FBI FD-1057 Electronic Communication dated January 23, 2018 that I received from the government in discovery.

13. Attached as Exhibit L is a true and correct copy of an FBI FD-1057 Electronic Communication dated June 20, 2018 that I received from the government in discovery.

14. Attached as Exhibit M is a true and correct copy of an FBI FD-1057 Electronic Communication dated October 3, 2018 that I received from the government in discovery.

15. Attached as Exhibits N, O, P, Q, R, S and T are true and correct copies of pleadings concerning Mr. Ferizi's compassionate release request. I obtained these documents by accessing the docket for *United States v. Ferizi*, 1:16-CR-00042-LMB on the CM/ECF website for the United States District Court for the Eastern District of Virginia.

16. Attached as Exhibits U and V are true and correct copies of pleadings concerning the government's appeal of the order granting Mr. Ferizi compassionate release. I obtained these documents by accessing the docket for *United States v. Ferizi*, No. 20-7830 on the CM/ECF website for the United States Court of Appeals for the Fourth Circuit.

17. Attached as Exhibit W is a true and correct copy of the sentencing transcript in *United States v. Knabb*, 4:11-CR-00009-JSW. I obtained this transcript by accessing the docket for the case on the CM/ECF website for the United States District Court for the Northern District of California.

18. Attached as Exhibits X and Y are true and correct copies of two different FBI FD-302 Reports of Investigation dated December 29, 2020 that I received from the government in discovery.

19. Attached as Exhibit Z is a true and correct copy of a supplemental discovery request I emailed to former Assistant U.S. Attorney William Frentzen on November 15, 2021. I also sent the same letter via email to Assistant U.S. Attorney Garth Hire on January 11, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 15, 2022, in Clayton California.

Hanni M. Fakhoury