# EXHIBIT A

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

Query   Reports   Utilities   Help   Log Out

INTERPRETER

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-00042-LMB All Defendants

Case title: USA v. Ferizi  
Magistrate judge case number: 1:15-mj-00515-TCB

Date Filed: 02/16/2016  
Date Terminated: 09/23/2016

Assigned to: District Judge Leonie M. Brinkema

Appeals court case number: 20-7830 4th Circuit

### Defendant (1)

**Ardit Ferizi**  
*TERMINATED: 09/23/2016*  
also known as  
Th3Dir3ctorY  
*TERMINATED: 09/23/2016*

represented by **Geremy C. Kamens**  
Office of Federal Public Defender  
1650 King St  
Suite 500  
Alexandria, VA 22314  
(703) 600-0800  
Email: Geremy_Kamens@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender*

**Elizabeth Ann Mullin**  
Office of the Federal Public Defender (Alexandria)  
1650 King St  
Suite 500  
Alexandria, VA 22314  
703-600-0800  
Email: elizabeth_mullin@fd.org  
*ATTORNEY TO BE NOTICED*

### Pending Counts

18:2339B Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization  
(1)

18:2339B Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization  
(2)

### Disposition

Dismissed on govt motion per plea agreement - 6/15/2016

BOP: 240 months w/credit for time served since 10/12/15(180 mths ct 2, 60 months ct 3, consecutive); 10 yrs supervised release (10 yrs ct 2, 3 yrs ct 3, concurrent); $53,975.00 restitution; $200.00 assessment.

| | |
|---|---|
| 18:1030(a)(2) and (c)(2)(B)(ii) Unauthorized Computer Access and Obtaining Information<br>(3) | **Pursuant to Court Order on 12/3/20, sentence reduced to time served**<br>BOP: 240 months w/credit for time served since 10/12/15(180 mths ct 2, 60 months ct 3, consecutive); 10 yrs supervised release (10 yrs ct 2, 3 yrs ct 3, concurrent); $53,975.00 restitution; $200.00 assessment.<br>**Pursuant to Court Order on 12/3/20, sentence reduced to time served** |
| 18:1028A(a)(2) Aggravated Identity Theft<br>(4) | Dismissed on govt motion per plea agreement - 6/15/2016 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1030 Unauthorized Access to a Computer; 18:1028A Aggravated Identity Theft; 18:2339B Providing Material Support to a Designated Foreign Terrorist Group | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brandon Lang Van Grack**<br>US Attorney's Office (Alexandria)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>**NA**<br>202-616-0800<br>Email: brandon.van.grack@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney*<br><br>**Danya E. Atiyeh**<br>US Attorney's Office (Alexandria)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>NA<br>703-299-3700<br>Email: danya.atiyeh@usdoj.gov<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED

**Joseph Attias**
United States Attorney Office (Richmond-NA)
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219
NA
804-819-5400
Email: joseph.attias2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2015 | 1 | SEALED COMPLAINT as to Ardit Ferizi (1). (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/06/2015 | 2 | AFFIDAVIT by USA as to Ardit Ferizi re: 1 Complaint (Sealed) (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/06/2015 | 4 | Redacted Criminal Case Cover Sheet (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/06/2015 | 5 | MOTION to Seal Case by USA as to Ardit Ferizi. (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/06/2015 | 6 | ORDER granting 5 Motion to Seal Case **until arrest of the deft** as to Ardit Ferizi (1). Signed by Magistrate Judge Theresa Carroll Buchanan on 10/06/15. (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/06/2015 | 7 | Arrest Warrant Issued by Magistrate Judge Theresa Carroll Buchanan in case as to Ardit Ferizi. (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/07/2015) |
| 10/15/2015 | 8 | ORDER that said criminal complaint, affidavit, sealing motion, and sealing Order shall be UNSEALED. Signed by Magistrate Judge John F. Anderson on 10/15/15. (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/16/2015) |
| 10/15/2015 |  | Case unsealed as to Ardit Ferizi (pmil, ) [1:15-mj-00515-TCB] (Entered: 10/16/2015) |
| 11/05/2015 | 9 | AFFIDAVIT in support of request for extradition by USA as to Ardit Ferizi signed by Magistrate Judge Buchanan. (krob) [1:15-mj-00515-TCB] (Entered: 11/05/2015) |
| 01/27/2016 |  | **Albanian Interpreter Required** in case as to Ardit Ferizi (krob, ) [1:15-mj-00515-TCB] (Entered: 01/27/2016) |
| 01/27/2016 |  | **Interpreter Information: Zhuzhi Moore** is the Interpreter. Albanian is the type of language required. Appointment is set for 1/29/16 @ 2:00 pm for a PH/DH. (krob, ) [1:15-mj-00515-TCB] (Entered: 01/27/2016) |
| 01/27/2016 |  | Arrest of Ardit Ferizi (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/27/2016 | 10 | Arrest Warrant Returned Executed on 1/22/2016 in case as to Ardit Ferizi. (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/27/2016 | 11 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance as to Ardit Ferizi held on 1/27/2016. USA appeared through B. Van Grack. Defendant appeared w/o atty. Defendant informed of rights, charges, and penalties. Court |

| | | |
|---|---|---|
| | | to appoint counsel. Defendant remanded to the custody of the USMS pending further proceedings. Detention Hearing set for 1/29/2016 at 02:00 PM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. Preliminary Hearing set for 1/29/2016 at 02:00 PM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (Tape #ftr.)(jwil, ) Modified on 1/29/2016 (jwil, ). [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/27/2016 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ardit Ferizi Geremy C. Kamens for Ardit Ferizi appointed. Entered by Magistrate Judge Ivan D. Davis on 01/27/2016. (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/27/2016 | 12 | Temporary Detention Order as to Ardit Ferizi. Signed by Magistrate Judge Ivan D. Davis on 01/27/2016. (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/27/2016 | 13 | CJA 23 Financial Affidavit by Ardit Ferizi (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/28/2016 | 14 | Consent MOTION to Continue *Preliminary Hearing* by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Kamens, Geremy) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/28/2016 | 15 | Defendant's motion is GRANTED, and it is ORDERED that the preliminary hearing inthis case scheduled for Friday, January 29, 2016 at 2 p.m. is continued to Tuesday, February 9, 2016 at 2 p.m. The detention hearing will remain as scheduled on January 29, 2016, at 2:00 p.m. Signed by Magistrate Judge Ivan D. Davis on 1/28/16. (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/28/2016 | | Reset Hearings as to Ardit Ferizi: Preliminary Hearing set for 2/9/2016 at 02:00 PM in Alexandria Courtroom 400 before Magistrate Judge Michael S. Nachmanoff. (jwil, ) [1:15-mj-00515-TCB] (Entered: 01/28/2016) |
| 01/29/2016 | 16 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Detention Hearing as to Ardit Ferizi held on 1/29/2016. USA appeared through Brandon Van Grack. Defendant appeared w/ atty Germeny Kamens. G..Moore Albanian Interpreter is sworn and present. USA seeks detention. Defendant does not contest detention. Defendant is remanded to the custody of the USMS pending further proceedings. (Tape #ftr.)(jwil, ) [1:15-mj-00515-TCB] (Entered: 01/29/2016) |
| 02/01/2016 | 17 | ORDER OF DETENTION as to Ardit Ferizi. Signed by Magistrate Judge Ivan D. Davis on 2/1/2016. (jwil, ) [1:15-mj-00515-TCB] (Entered: 02/01/2016) |
| 02/02/2016 | 18 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth Ann Mullin appearing for Ardit Ferizi (Mullin, Elizabeth) [1:15-mj-00515-TCB] (Entered: 02/02/2016) |
| 02/02/2016 | 19 | Consent MOTION to Continue *Preliminary Hearing* by Ardit Ferizi. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Mullin, Elizabeth) [1:15-mj-00515-TCB] (Entered: 02/02/2016) |
| 02/02/2016 | 20 | ORDER granting 19 Motion to Continue from 2/9/2016 to 2/17/2016 @ 2:00 pm as to Ardit Ferizi (1). Signed by Magistrate Judge Michael S. Nachmanoff on 2/2/2016. (lbru, ) [1:15-mj-00515-TCB] (Entered: 02/04/2016) |
| 02/04/2016 | | Reset Hearings as to Ardit Ferizi: Preliminary Hearing set for 2/17/2016 at 02:00 PM in Alexandria Courtroom 400 before Magistrate Judge Michael S. Nachmanoff. (lbru, ) [1:15-mj-00515-TCB] (Entered: 02/04/2016) |
| 02/04/2016 | | Reset Hearings as to Ardit Ferizi: Preliminary Hearing set for 2/17/2016 at 02:00 PM in Alexandria Courtroom 500 before Magistrate Judge Theresa Carroll Buchanan. (cmar, ) [1:15-mj-00515-TCB] (Entered: 02/04/2016) |
| 02/04/2016 | | **Interpreter Information: Zhuzhi Moore** is the Interpreter. Albanian is the type of |

| | | |
|---|---|---|
| | | language required. Appointment is set for 2/17/16 @ 2:00 pm for a PH. (krob, ) Modified on 2/5/2016 (krob, ). [1:15-mj-00515-TCB] (Entered: 02/04/2016) |
| 02/16/2016 | 21 | INDICTMENT as to Ardit Ferizi (1) count(s) 1-2, 3, 4. (lbru, ) (Entered: 02/16/2016) |
| 02/16/2016 | 24 | Redacted Criminal Case Cover Sheet (lbru, ) (Main Document 24 replaced on 2/17/2016) (krob, ). (Entered: 02/16/2016) |
| 02/16/2016 | | Set Hearings as to Ardit Ferizi: Arraignment set for 2/26/2016 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. (lbru, ) (Entered: 02/16/2016) |
| 02/16/2016 | | **Interpreter Information: Zhuzhi Moore** is the Interpreter. Albanian is the type of language required. Appointment is set for 2/26/16 @ 9:00 am for a Arraignment. (krob) (Entered: 02/16/2016) |
| 02/25/2016 | 25 | MOTION for Speedy Trial *Extension in Setting Trial Date Based on Certification of Case as Complex* by USA as to Ardit Ferizi. (Attachments: # 1 Proposed Order)(Van Grack, Brandon) (Entered: 02/25/2016) |
| 02/26/2016 | 26 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Arraignment/Motion Hearing as to Ardit Ferizi (1) Count 1-2,3,4 held on 2/26/2016. U.S. appeared through Brandon Van Grack & Gregory Gonzalez. Deft appeared with counsels Geremy Kamens & Elizabeth Mullin. Deft speaks English but would like an intp in the future. Deft WFA, PNG and demanded a trial by Jury. Deft's 25 MOTION for Speedy Trial *Extension in Setting Trial Date Based on Certification of Case as Complex is argued and GRANTED. Order entered. Motion Hearing set for 6/17/2016 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. Trial estimate 4 days. Jury Trial set for 7/12/2016 at 10:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. Albanian Interpreter appointed. Deft remanded.(Court Reporter A. Thomson.)(yguy) (Entered: 02/26/2016) |
| 02/26/2016 | 27 | ORDER as to Ardit Ferizi (1): The Court GRANTS the motion and CERTIFIES this case as complex under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii). (see order for details). Signed by District Judge Leonie M. Brinkema on 2/26/16. (yguy) (Entered: 02/26/2016) |
| 02/26/2016 | 28 | JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER by USA as to Ardit Ferizi. (yguy) (Entered: 02/26/2016) |
| 02/26/2016 | 29 | ORDER granting 28 Motion for Protective Order as to Ardit Ferizi (1)(see order for details). Signed by District Judge Leonie M. Brinkema on 2/26/16. (yguy) (Entered: 02/26/2016) |
| 04/20/2016 | 30 | Consent MOTION Order Setting Motions Schedule by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Mullin, Elizabeth) (Entered: 04/20/2016) |
| 04/21/2016 | 31 | ORDER granting 30 Motion to Set Motions Schedule. ORDERED that the motion is GRANTED, and the Court sets the following motions schedule in this case: Defense Motions due May 20, 2016, and Government Responses due June 10, 2016 as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 4/21/2016. (lbru, ) (Entered: 04/21/2016) |
| 05/19/2016 | 32 | Consent MOTION to Continue by Ardit Ferizi. (Attachments: # 1 Proposed Order) (Mullin, Elizabeth) (Entered: 05/19/2016) |
| 05/19/2016 | 33 | ORDER as to Ardit Ferizi (1): This matter comes before the Court upon the Consent Motion to Continue the Motions Schedule. In accordance with the Motion, and it appearing to the Court that there is sufficient cause for the requested continuance, it is hereby: ORDERED that the motion is GRANTED, and the Court sets the following |

| | | |
|---|---|---|
| | | motions schedule in this case: Defense Motions - June 3, 2016; Government Responses - June 13, 2016. Signed by District Judge Leonie M. Brinkema on 5/19/16. (yguy) (Entered: 05/20/2016) |
| 06/03/2016 | | Set Deadlines/Hearings as to Ardit Ferizi: Plea Agreement Hearing set for 6/13/2016 at 02:00 PM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. (clar, ) (Entered: 06/03/2016) |
| 06/06/2016 | | Per LMB chambers Plea hearing deadlines terminated (clar, ) (Entered: 06/06/2016) |
| 06/13/2016 | | Set/Reset Hearings as to Ardit Ferizi: Change of Plea Hearing set for 6/15/2016 10:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. Albanian Interpreter appointed. (yguy) (Entered: 06/13/2016) |
| 06/13/2016 | | **Interpreter Information: Zhuzhi Moore** is the Interpreter. Albanian is the type of language required. Appointment is set for 6/15/16 @ 10:00 am for a Plea. (krob) Modified on 6/13/2016 (krob, ). (Entered: 06/13/2016) |
| 06/15/2016 | 34 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Change of Plea Hearing as to Ardit Ferizi (1) held on 6/15/2016. U.S. appeared through Brandon Van Grack & Gregory Gonzalez. Deft appeared with counsels Geremy Kamens & Elizabeth Mullin. Albanian intp: Zhuzhi Moore. Intp affirmed. Deft speaks English. Intp to assist if needed. Deft w/d NGP and PG to Counts 2 & 3 of the Indictment. Plea entered and accepted, Guilty Count 2,3. Govt to file motion and order to dismiss counts 1 & 4. Matter referred to USPO for PSIR. Sentencing set for 9/16/2016 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. Judicial removal paperwork filed in open court by govt. Trial 7/12/16 is cancelled - Jury notified. Albanian Interpreter appointed. Deft remanded.(Court Reporter R. Montgomery.)(yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 35 | PLEA AGREEMENT as to Ardit Ferizi (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 36 | Statement of Facts as to Ardit Ferizi (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 37 | NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL by USA as to Ardit Ferizi (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 38 | NOTICE - FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL by USA as to Ardit Ferizi (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 39 | NOTICE - DEFENDANT'S PLEA STATEMENT IN SUPPORT OF JUDICIAL REMOVAL (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 40 | NOTICE - CONCURRENCE OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (yguy) (Entered: 06/15/2016) |
| 06/15/2016 | 41 | DISMISSAL OF COUNTS 1 and 4 on Government Motion pursuant to a plea agreement as to Ardit Ferizi. (yguy) (Entered: 06/16/2016) |
| 06/15/2016 | 42 | ORDER as to Ardit Ferizi: Upon motion of the United States of America, pursuant to a plea agreement between the defendant, Ardit Ferizi, and the government, in which the defendant appeared before the Court on June 15, 2016, and entered a plea of guilty to Counts Two and Three of the Indictment, it ishereby ORDERED that Counts One and Four of the Indictment are dismissed. Signed by District Judge Leonie M. Brinkema on 6/15/16. (yguy) (Entered: 06/16/2016) |
| 06/15/2016 | 43 | ORDER OF JUDICIAL REMOVAL as to Ardit Ferizi: WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, Title 8, United States Code, Section 1228(c), that the defendant is ordered removed from the United States to Kosovo |

| | | |
|---|---|---|
| | | promptly upon completion of his term of imprisonment. (SEE ORDER FOR DETAILS) Signed by District Judge Leonie M. Brinkema on 6/15/16. (yguy) (Entered: 06/16/2016) |
| 07/22/2016 | 44 | Consent MOTION to Continue *Sentencing Hearing* by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Mullin, Elizabeth) (Entered: 07/22/2016) |
| 07/22/2016 | 45 | ORDER granting 44 Motion to Continue Sentencing to 9/23/16 @ 9:00 am as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 7/22/16. (krob, ) (Entered: 07/25/2016) |
| 07/25/2016 | | Reset Hearings as to Ardit Ferizi: Sentencing set for 9/23/2016 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. (krob, ) (Entered: 07/25/2016) |
| 07/28/2016 | 46 | Sealed Document (lbru, ) (Entered: 07/28/2016) |
| 08/19/2016 | 47 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) as to Ardit Ferizi. Objections to PSI due 08/29/2016. (forsyth, carolyn) (Entered: 08/19/2016) |
| 09/07/2016 | 48 | Sealed Document (lbru, ) (Entered: 09/08/2016) |
| 09/13/2016 | 49 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Ardit Ferizi. (Attachments: # 1 Letter victim impact (redacted))(forsyth, carolyn) (Entered: 09/13/2016) |
| 09/16/2016 | 51 | NOTICE *of Motion to Seal* by Ardit Ferizi (Mullin, Elizabeth) (Entered: 09/16/2016) |
| 09/16/2016 | 52 | First MOTION to Seal *Sentencing Material* by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Mullin, Elizabeth) (Entered: 09/16/2016) |
| 09/16/2016 | 53 | Position on Sentencing by Ardit Ferizi (Attachments: # 1 Exhibit, # 2 Exhibit)(Mullin, Elizabeth) (Entered: 09/16/2016) |
| 09/16/2016 | 54 | Position on Sentencing by USA as to Ardit Ferizi (Attachments: # 1 Exhibit)(Van Grack, Brandon) (Entered: 09/16/2016) |
| 09/19/2016 | 55 | ORDER granting 52 Motion to Seal. ORDERED that Exhibit 1 (Mental Health Information) and Defendant's Position with Regard to Sentencing Factors (without redaction) shall be maintained under seal and will remain under seal until unsealed by order of the Court as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 09/19/2016. (lbru, ) (Entered: 09/19/2016) |
| 09/19/2016 | 56 | Under Seal Position filed by Ardit Ferizi (Attachments: # 1 Exhibit 1)(lbru, ) (Entered: 09/19/2016) |
| 09/20/2016 | 57 | Adddditional Information to Sentencing Presentence Investigation Report (SEALED - government and defense counsel) as to Ardit Ferizi, this information was received subsequent to the filing of the Sentencing Presentence Investigation Report (Attachments: # 1 Letter redacted victim impact)(forsyth, carolyn) (Entered: 09/20/2016) |
| 09/22/2016 | 58 | MOTION to Seal by USA as to Ardit Ferizi. (Attachments: # 1 Proposed Order)(Van Grack, Brandon) (Entered: 09/22/2016) |
| 09/22/2016 | 59 | NOTICE *of Motion to Seal* by Ardit Ferizi (Van Grack, Brandon) (Entered: 09/22/2016) |
| 09/22/2016 | 60 | Under Seal Response filed by the USA (Attachments: # 1 Attachment)(lbru, ) (Entered: 09/22/2016) |
| 09/22/2016 | 61 | ORDER as to Ardit Ferizi (1): It is therefore, ORDERED that the United States' Motion to Seal is GRANTED; it is further ORDERED that the response will remain under seal |

| | | |
|---|---|---|
| | | until further Order of this Court. (see order for details). Signed by District Judge Leonie M. Brinkema on 9/22/16. (yguy) (Entered: 09/22/2016) |
| 09/22/2016 | 62 | MOTION to Seal *Reply to Government's Position on Sentencing Factors* by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Mullin, Elizabeth) (Entered: 09/22/2016) |
| 09/22/2016 | 63 | NOTICE *of Motion to Seal* by Ardit Ferizi re 62 MOTION to Seal *Reply to Government's Position on Sentencing Factors* (Mullin, Elizabeth) (Entered: 09/22/2016) |
| 09/22/2016 | 64 | REPLY TO RESPONSE to by Ardit Ferizi re 60 Sealed Document, 54 Position on Sentencing (Mullin, Elizabeth) (Entered: 09/22/2016) |
| 09/23/2016 | 65 | ORDER granting 62 Motion to Seal as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 9/23/16. (krob, ) (Entered: 09/23/2016) |
| 09/23/2016 | 66 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Sentencing held on 9/23/2016 for Ardit Ferizi (1) Counts 2,3. U.S. appeared through Brandon Van Grack & Gregory Gonzalez. Deft appeared with counsels Geremy Kames & Elizabeth Mullin. Albanian Intp: Zhuzhi Moore. Intp affirmed. Govt filed sealed exhibit in open court. Deft is committed to the custody of the BOP to serve a total term of: 240 months w/credit for time served since 10/12/15(180 mths ct 2, 60 months ct 3, consecutive); 10 yrs supervised release (10 yrs ct 2, 3 yrs ct 3, concurrent); $53,975.00 restitution; $200.00 assessment. Special conditions: 1. deft shall undergo a mental health evaluation and, if recommended, participate in a program approved by the United States Probation Office for mental health treatment with an emphasis on deradicalization. deft shall take all medications as prescribed and waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider. All of the costs are waived; 2. deft must remain drug free and submit to mandatory drug testing. deft shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing, all as directed by the probation officer. deft shall waive all rights of confidentiality regarding substance abuse treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider. All of the costs are waived; 3. deft shall not associate with or have any contact including but not limited to electronic, in person, written, telephone, through third parties, or through social media with any known individuals involved in terrorist activities or whom he knows have past or current ties to terrorism or any known hackers; 4. deft shall not possess or use a computer without prior approval from the probation officer; shall consent to the installation of computer monitoring software that will allow the probation officer to track all computer activity; shall place a notice on the computer to warn others of the existence of the monitoring software; and shall not remove, tamper with, reverse engineer, or in any way circumvent the software; 5. deft must fully cooperate with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement with any removal proceedings; 6. If removed, deft may not re-enter the United States while on Supervised Release. Deft remanded.Restitution Order filed & entered after court adjourned. (Court Reporter T. Harris.)(yguy) (Entered: 09/26/2016) |
| 09/23/2016 | 67 | Sealed Government Exhibit #1 (yguy) (Entered: 09/26/2016) |
| 09/23/2016 | 68 | JUDGMENT as to Ardit Ferizi (1), Count(s) 1, 4, Dismissed on govt motion per plea agreement - 6/15/2016; Count(s) 2, 3, BOP: 240 months w/credit for time served since 10/12/15(180 mths ct 2, 60 months ct 3, consecutive); 10 yrs supervised release (10 yrs ct 2, 3 yrs ct 3, concurrent); $53,975.00 restitution; $200.00 assessment. Signed by District Judge Leonie M. Brinkema on 9/23/16. (yguy) (Entered: 09/26/2016) |

| | | |
|---|---|---|
| 09/23/2016 | 69 | Sealed Statement of Reasons as to Ardit Ferizi (yguy) (Entered: 09/26/2016) |
| 09/23/2016 | 70 | Restitution Order as to Ardit Ferizi. Signed by District Judge Leonie M. Brinkema on 9/23/16. (yguy) (Entered: 09/26/2016) |
| 09/23/2016 | 71 | Sealed Attachment A to Restitution Order (yguy) (Entered: 09/26/2016) |
| 09/26/2016 | 72 | MOTION to Amend/Correct *Sentence Under Rule 35(a)* by Ardit Ferizi. (Attachments: # 1 Exhibit Transcript)(Kamens, Geremy) (Entered: 09/26/2016) |
| 10/04/2016 | 73 | Notice of Hearing Date re 72 MOTION to Amend/Correct *Sentence Under Rule 35(a)* (Mullin, Elizabeth) (Entered: 10/04/2016) |
| 10/04/2016 | 74 | Opposition by USA as to Ardit Ferizi re 72 MOTION to Amend/Correct *Sentence Under Rule 35(a)* (Van Grack, Brandon) (Entered: 10/04/2016) |
| 10/05/2016 | | Set Deadlines re Motion or Report and Recommendation in case as to Ardit Ferizi 72 MOTION to Amend/Correct *Sentence Under Rule 35(a)*. Motion Hearing set for 10/7/2016 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. (clar, ) (Entered: 10/05/2016) |
| 10/05/2016 | | **Interpreter Information: Zhuzhi Moore** is the Interpreter. Albanian is the type of language required. Appointment is set for 10/7/16 @ 9:00 am for a Motion Hearing. (krob) Modified on 10/5/2016 (krob, ). (Entered: 10/05/2016) |
| 10/07/2016 | 75 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Motion Hearing as to Ardit Ferizi held on 10/7/2016. U.S. appeared through Brandon Van Grack. Deft appeared with counsel Geremy Kamens. Albanian Intp: Zhuzhi Moore. Intp affirmed. Deft's 72 MOTION to Amend/Correct is argued in open court and DENIED. (order to follow) (Court Reporter A. Thomson.)(yguy) (Entered: 10/07/2016) |
| 10/07/2016 | 76 | ORDER as to Ardit Ferizi (1): For the reasons stated in open court, it is hereby ORDERED that Defendant's Motion to Correct Sentence Under Rule 35(a) Based Upon Misrepresentation by the Government at Sentencing [Dkt. 72] be and is DENIED. Signed by District Judge Leonie M. Brinkema on 10/7/16. (yguy) (Entered: 10/07/2016) |
| 05/16/2017 | 77 | TRANSCRIPT of Proceedings held on 9-23-16, before Judge Leonie Brinkema. Court reporter/transcriber Tonia Harris, Telephone number 703-299-2100. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov <br><br> Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 7/17/2017. Release of Transcript Restriction set for 8/14/2017.(harris, tonia) (Entered: 05/16/2017)** |
| 03/04/2019 | 78 | Letter to the Court filed by Ardit Ferizi requesting copy of docket sheet and Judgment. (copy mailed) (Attachments: # 1 Envelope) (dest, ) (Entered: 03/05/2019) |
| 07/12/2019 | 79 | MOTION for Discovery from the Record for Further Post-Conviction Remedy and Relief by Ardit Ferizi. (rban, ) (Entered: 07/12/2019) |
| 07/16/2019 | 80 | ORDER denying 79 Motion for Discovery as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 7/16/2019. (see Order for details) (dest, )(copy mailed to defendant by chambers) (Entered: 07/16/2019) |

| | | |
|---|---|---|
| 08/07/2020 | 81 | EMERGENCY MOTION for Compassionate Release by Ardit Ferizi. (dest, ) (Attachment(s): # 1 Exhibit A - O, # 2 Envelope) (dest, ). (Entered: 08/07/2020) |
| 08/07/2020 | 82 | EMERGENCY NOTICE to Court by Ardit Ferizi (dest, ) (Entered: 08/07/2020) |
| 08/07/2020 | 83 | MOTION to Appoint Counsel by Ardit Ferizi. (dest, ) (Entered: 08/07/2020) |
| 08/10/2020 | 84 | ORDERED that the Office of the Federal Public Defender ("FPD") be and is appointed to represent defendant for this motion; and it is further ORDERED that the government file a response to the Motion re 81 EMERGENCY MOTION for Compassionate Release within thirty (30) days as to Ardit Ferizi. Signed by District Judge Leonie M. Brinkema on 8/10/2020. (dest, )(c/s) (Entered: 08/10/2020) |
| 08/10/2020 | 85 | EMERGENCY NOTICE to the Court by Ardit Ferizi (dest, ) (Entered: 08/10/2020) |
| 08/11/2020 | 86 | NOTICE OF ATTORNEY APPEARANCE Danya E. Atiyeh appearing for USA. (Atiyeh, Danya) (Entered: 08/11/2020) |
| 08/17/2020 | 87 | EMERGENCY NOTICE Court #3 by Ardit Ferizi (dest, ) (Entered: 08/17/2020) |
| 08/18/2020 | 88 | ORDERED that defendant, who is represented by counsel, stop sending pro se pleadings to the court; instead, he should consult with his counsel. Signed by District Judge Leonie M. Brinkema on 8/18/2020. (dest, )(copy mailed by LMB chambers) (Entered: 08/18/2020) |
| 08/28/2020 | 89 | Supplemental Memorandum by Ardit Ferizi re 81 MOTION for Compassionate Release (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Criminal Cover Sheet, # 5 Letter, # 6 Exhibit)(Mullin, Elizabeth) (Entered: 08/28/2020) |
| 08/28/2020 | 90 | MOTION to Seal *exhibit and Supplemental Memorandum without redaction* by Ardit Ferizi. (Attachments: # 1 Proposed Order)(Mullin, Elizabeth) (Entered: 08/28/2020) |
| 08/28/2020 | 91 | NOTICE *of Under Seal Filing* by Ardit Ferizi re 89 Supplemental Memorandum, 90 MOTION to Seal *exhibit and Supplemental Memorandum without redaction* (Mullin, Elizabeth) (Entered: 08/28/2020) |
| 08/28/2020 | 92 | ORDER granting 90 Motion to Seal *exhibit and Supplemental Memorandum without redaction* as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 8/28/2020. (see Order for details) (dest, )(c/s) (Entered: 08/28/2020) |
| 08/28/2020 | 93 | Sealed Supplement and Incorporated Memorandum re 81 EMERGENCY MOTION for Compassionate Release (dest, ) (Entered: 08/28/2020) |
| 08/28/2020 | 94 | Sealed Exhibit. (dest, ) (Entered: 08/28/2020) |
| 09/04/2020 | 95 | RESPONSE in Opposition by USA as to Ardit Ferizi re 81 MOTION for Compassionate Release (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Atiyeh, Danya) (Entered: 09/04/2020) |
| 09/09/2020 | 96 | REPLY TO RESPONSE to by Ardit Ferizi re 89 Supplemental Memorandum, 95 Response in Opposition, *to Motion for Compassionate Release* (Attachments: # 1 Exhibit, # 2 Exhibit)(Mullin, Elizabeth) (Entered: 09/09/2020) |
| 09/23/2020 | 97 | ORDER re 81 MOTION for Compassionate Release filed by Ardit Ferizi. ORDERED that an on-the-record argument of defendant's Emergency Motion forCompassionate Release [Dkt. No. 81] will be held by tele-conference on Tuesday, October 6, 2020 at 9:00 am. **To join the tele-conference, at 9:00 am, Tuesday, October 6, the parties should dial 1-877-336-1829 and use the access code 8896301. If prompted for a** |

| | | |
|---|---|---|
| | | **security code, reenter the access code**. Signed by District Judge Leonie M. Brinkema on 9/23/2020. (see Order for further details) (dest, ) (Entered: 09/23/2020) |
| 09/23/2020 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Ardit Ferizi 81 EMERGENCY MOTION for Compassionate Release. Motion Hearing set for 10/6/2020 at 09:00 AM in Alexandria via **Telephonically** before District Judge Leonie M. Brinkema. (dest, ) (Entered: 09/23/2020) |
| 10/06/2020 | 98 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Motion Hearing as to Ardit Ferizi held(via TELECONFERENCE) on 10/6/2020. U.S. appeared through Danya Atiyeh. Deft appeared through counsel Elizabeth Mullin. Deft's 81 MOTION for Compassionate Release is argued and DENIED. (order to follow) (Court Reporter T. Harris.)(yguy) (Entered: 10/06/2020) |
| 10/06/2020 | 99 | ORDER as to Ardit Ferizi (1): For the reasons stated during a telephone conference held on the record with attorneys for both parties present, it is hereby ORDERED that defendant's Emergency Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(l)(A) [Dkt. 81], be and is DENIED.Signed by District Judge Leonie M. Brinkema on 10/06/20. (yguy) (Entered: 10/06/2020) |
| 10/16/2020 | 100 | TRANSCRIPT of Proceedings held on 10/6/2020, before Judge L. Brinkema. Court reporter/transcriber Tonia Harris, Telephone number 703-646-1438. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 12/16/2020. Release of Transcript Restriction set for 1/14/2021.(harris, tonia) (Entered: 10/16/2020) |
| 11/11/2020 | 101 | Second MOTION for Compassionate Release by Ardit Ferizi. (Attachments: # 1 Exhibit, # 2 Exhibit)(Mullin, Elizabeth) (Entered: 11/11/2020) |
| 11/12/2020 | 102 | ORDER re 101 Second MOTION for Compassionate Release. ORDERED that the government file any response to the Motion within fourteen (14)days of this Order as to Ardit Ferizi. Signed by District Judge Leonie M. Brinkema on 11/12/2020. (dest, ) (Entered: 11/12/2020) |
| 11/24/2020 | 103 | RESPONSE in Opposition by USA as to Ardit Ferizi re 101 Second MOTION for Compassionate Release (Atiyeh, Danya) (Entered: 11/24/2020) |
| 11/25/2020 | 104 | REPLY TO RESPONSE to by Ardit Ferizi re 103 Response in Opposition *to Renewed Motion for Compassionate Release* (Mullin, Elizabeth) (Entered: 11/25/2020) |
| 12/03/2020 | 105 | ORDER granting 101 Second MOTION for Compassionate Release; and it is hereby ORDERED that the 240 month sentence imposed in the Judgment on September 23, 2016, be and is reduced to time served, and it is further ORDERED that the Bureau_ of Prisons (BOP) immediately place the defendant in a 14-day quarantine to ensure that he is not infected with the Covid-19 virus, and, upon completion of the 14-day quarantine, release the defendant into the custody of ICE to be promptly deported to Kosovo; and it is further ORDERED that defendant will remain on supervised release for the ten-year term imposed by the Judgment, which means that were he to violate any United States laws during that period, he would face revocation sanctions as well as sanctions for the |

| | | |
|---|---|---|
| | | substantive offense. Signed by District Judge Leonie M. Brinkema on 12/3/2020. (see Order for details) (dest, )(copy sent as directed) (Entered: 12/03/2020) |
| 12/08/2020 | 106 | TRANSCRIPT of Proceedings held on 10/7/2016, before Judge Leonie M. Brinkema. Court reporter Anneliese Thomson, Telephone number 703-299-8595. **NOTICE RE REDACTION OF TRANSCRIPTS:**The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/7/2021. Redacted Transcript Deadline set for 2/8/2021. Release of Transcript Restriction set for 3/8/2021.(thomson, anneliese) (Entered: 12/08/2020) |
| 12/14/2020 | 107 | MOTION to Stay re 105 Order Reducing Sentence - Compassionate Release,,, . (Atiyeh, Danya) (Entered: 12/14/2020) |
| 12/14/2020 | 108 | Opposition by Ardit Ferizi re 107 MOTION to Stay re 105 Order Reducing Sentence - Compassionate Release,,, (Mullin, Elizabeth) (Entered: 12/14/2020) |
| 12/15/2020 | 109 | NOTICE OF ATTORNEY APPEARANCE Joseph Attias appearing for USA. (Attias, Joseph) (Entered: 12/15/2020) |
| 12/15/2020 | 110 | NOTICE OF APPEAL by USA as to Ardit Ferizi as to 105 Order Reducing Sentence - Compassionate Release,,, (Attias, Joseph) (Entered: 12/15/2020) |
| 12/15/2020 | 111 | Transmission of Notice of Appeal to 4CCA as to Ardit Ferizi to US Court of Appeals re 110 Notice of Appeal (All case opening forms, plus the transcript guidelines, may be obtained from the Fourth Circuit's website at www.ca4.uscourts.gov) (dest, ) (Entered: 12/15/2020) |
| 12/15/2020 | 112 | USCA Case Number 20-7830 4th Circuit, Case Manager A. Brownlee for 110 Notice of Appeal filed by USA. (dest, ) (Entered: 12/16/2020) |
| 12/15/2020 | 113 | ORDER of USCA appointing the Federal Defender for the Eastern District of Virginia to represent appellee in this case as to Ardit Ferizi re 110 Notice of Appeal. (dest, ) (Entered: 12/16/2020) |
| 12/16/2020 | 114 | ORDER denying 107 Motion to Stay as to Ardit Ferizi (1). Signed by District Judge Leonie M. Brinkema on 12/16/2020. (see Order for details) (dest, ) (Entered: 12/17/2020) |
| 12/18/2020 | 115 | ORDER of USCA as to Ardit Ferizi re 110 Notice of Appeal; Upon consideration of submissions relative to the governments motion to stay release, the court denies the motion. Judge Wynn and Judge Thacker voted to deny the motion. Judge King voted to grant the motion(choy, ) (Entered: 12/18/2020) |
| 01/12/2021 | 116 | Sealed Motion to Seal by USA as to Ardit Ferizi. (aott) (Main Document 116 replaced on 3/16/2021) (dzir). (Entered: 01/12/2021) |
| 01/12/2021 | 118 | Sealed Document (aott) (Main Document 118 replaced on 3/16/2021) (dzir). (Entered: 01/12/2021) |
| 01/12/2021 | 119 | Sealed Motion to Seal and Proposed Order by USA as to Ardit Ferizi. (dest, ) (Main Document 119 replaced on 3/16/2021) (dzir). (Entered: 01/12/2021) |
| 01/12/2021 | 120 | Sealed Notice (dest, ) (Main Document 120 replaced on 3/16/2021) (dzir). (Entered: 01/12/2021) |
| 11/16/2021 | 121 | UNPUBLISHED Opinion of USCA, decided 11/16/2021 in re 110 Notice of Appeal, |

| | | |
|---|---|---|
| | | REMANDED. (choy, ) (Entered: 11/16/2021) |
| 11/16/2021 | 122 | JUDGMENT of USCA in re 110 Notice of Appeal. In accordance with the decision of this court, this case is remanded to the district court for further proceedings. (choy, ) (Entered: 11/16/2021) |
| 12/08/2021 | 123 | USCA Mandate as to Ardit Ferizi re 110 Notice of Appeal. The judgment of this court, entered November 16, 2021, takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. (choy, ) (Entered: 12/08/2021) |
| 12/08/2021 | 124 | ORDERED that within fourteen (14) days from the date of this order, the parties supplement the record to enable this Court to consider "how the new charges, or other relevant evidence revealed since the district court's order of release, impact the discretionary § 3553(a) analysis for compassionate release." [Dkt. No. 121]. Signed by District Judge Leonie M. Brinkema on 12/08/2021. (choy, ) (Entered: 12/09/2021) |
| 12/22/2021 | 125 | RESPONSE by USA as to Ardit Ferizi re 124 Order, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Attias, Joseph) (Entered: 12/22/2021) |
| 12/23/2021 | 126 | RESPONSE by Ardit Ferizi re 124 Order, (Mullin, Elizabeth) (Entered: 12/23/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/14/2022 23:37:55 | | | |
| **PACER Login:** | hannifakhoury | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cr-00042-LMB |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |