# EXHIBIT B

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

DECLASSIFIED BY NSICG F14M26K02
ON 04-20-2021

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

This redaction version only

Date of entry _____ 01/28/2016

Ardit FERIZI, aka Th3Dir3ctorY, date of birth ▆▆▆▆▆▆▆, place of birth,
Gjakove, Kosovo; passport number (Kosovo) ▆▆▆▆▆, was interviewed in
transit to Manassas, Virginia.  After being advised of the identity of the
interviewing Agents and the nature of the interview, FERIZI provided the
following information:

### Skafisti:

FERIZI said most of the videos Skafisti posted to 'penvid.com' appeared to
be videos he took from 'jihadology.net.' FERZI said Borhan Safiri was
connected to 'jihadology.net' in some way and he was the top recruiter in
Macedonia.

FERIZI said that the credit card information FERIZI provided to Skafisti
was put together using 'FakeNameGenerator.com.' FERIZI said the reason he
provided it to Skafisti was to try make money by scamming him.

### Abu Hussain Albritani & @Muslim_Sniper_D:

During the interview, FERIZI was shown a transcript of a 26 April, 2015,
Twitter private message exchange between he and '@Muslim_Sniper_D.' FERIZI
stated he believed '@Muslim Sniper D' was associated with the Islamic State
based on his public profile. During the private message exchange, FERIZI
passed the same credit card information he produced using
'FakeNameGenerator.com' and passed to Skafisti. FERIZI stated the purpose
of providing '@Muslim_Sniper_D' with the fake credit card information was
again an attempt to make money by scamming.

In the same 26 April, 2015, Twitter private message exchange between FERIZI
and '@Muslim_Sniper_D,' FERIZI confirmed '@Muslim_Sniper_D' told him
(FERIZI) "Abu Hussain Albritani is my friend he told me a lot about u."
FERIZI said Abu Hussain Albritani (hereafter Albritani) was an ex-hacker
from Britain who used be with 'TeaMp0isoN' and was the user of the Skype
"James – something." FERIZI commented 'TeaMp0isoN' was a hacking group he
had worked with back in 2012. FERIZI said when Anonymous had a hacking
operation, Kosovo Hacking Security (KHS) would participate with
'TeaMp0isoN'. FERIZI said Albritani used the alias 'Trick' while working
with 'TeaMp0ison.'

Investigation on _____ 01/22/2016 _____ at _____ Manassas, Virginia, United States (In Person)

File # ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    Date drafted _____ 01/26/2016

by _____ Kevin M Gallagher, HOOTON BRIAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

AF-000030

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                                    , On  01/22/2016 , Page  2 of 14

In 2012, FERIZI would chat on Internet Relay Chat (IRC) with other
'TeaMp0isoN' members. FERIZI said the IRC channel name was "op something"
but could not recall the exact name. FERIZI would chat with members of
'TeaMp0isoN,' including 'Trick,' and they would share hacking information.

FERIZI said when he saw the release of the names he stole from Samstores on
an Albanian news site in August 2015, FERIZI saw 'Albritani's' actual name
was "Junaid." FERIZI said this was the first time he had seen or heard the
name "Junaid." FERIZI acknowledged he had viewed Albritani's Twitter page
prior to the release of the names and was able to provide a description of
the page.

**Samstores Hack and 2006 Database:**
FERIZI said in June 2015, Besfort Juniku provided FERIZI with a Samstores
website root username and password which allowed access to MySQL front,
port 3306. Besfort sent FERIZI the username/password over Facebook on his '
Th3Dir3ctory' account.  FERIZI said he accessed the Samstores website,
using the credentials provided by Besfort, through port 3306 sometime
during June 2015. FERIZI said Besfort provided him with the account access
to show him what he done and to show off. FERIZI said Besfort is not a
supporter of the Islamic State.

FERIZI said Besfort chose Samstores because Besfort and his brothers
collected information from stores with large databases and poor security,
Samstores being an example. Commonly, Besfort would look for vulnerable
databases using 'Google Dorks searches,' a method of conducting advanced
queries on Google. FERIZI commented 'Google Dorks searches' are a more
robust method of searching.

Upon first accessing the Samstores website, FERIZI stated he identified two
primary databases: a current database containing 2015 records and an older
database containing records from around 2006 or older. Through MySQL front,
FERIZI conducted searches in the Samstores databases for '.gov' extensions
and identified a large number of U.S. Government e-mail addresses. FERIZI
then searched for '.us' extensions and found 'usairforce.' FERIZI then
conducted another search using 'usairforce' and located a number of U.S.
Air Force associated e-mail addresses.  FERIZI stated upon reviewing the
2015 database, he noticed it contained numerous U.S. Government records
which he believed were likely valid. After separating the U.S. Government
and Military e-mail addresses, FERIZI estimated there were around 1300
records.

When FERIZI accessed the Samstores databases via port 3306, FERIZI used the
open Limkokwing University dormitory WiFi and did so utilizing his MSI

AF-000031

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of   Ardit FERIZI                                          , On   01/22/2016   , Page   3 of 14

computer, not his Dell computer. FERIZI noted he choose the MSI computer over the Dell because the Dell no longer functioned due to an overheating issue. When FERIZI accessed the Samstores website, he did not try to hide his internet protocol (IP) address in any way.

FERIZI said approximately five or six days after he accessed the Samstores website the first time, FERIZI re-entered the server through port 3306 and downloaded the 2006 customer database.

For his review, FERIZI was shown a transcript of a June 2015 direct message exchange between FERIZI's Twitter account '@Th3Dir3ctorY' and the Twitter account of '@BintSomaliyaa3.' During the exchange, '@Th3Dir3ctorY' is requesting '@BintSomaliyaa3' to ask the ▮▮▮▮▮▮▮▮ to tell Albritani to go to Skype. FERIZI said he is not sure if it was him (FERIZI) or Umm Amira, aka Gulyh (hereafter Gulyh) using FERIZI's Twitter account when the request to '@BintSomaliyaa3' was written. FERIZI did say he previously knew of '@BintSomaliyaa3' because she was a Twitter follower of Gulyh.

FERIZI said Gulyh's Twitter account was '@ilmiyas' and her Skype account name is 'ilmiyas.' FERIZI said he has copies of Gulyh's master's degree on his e-mail because he had planned to bring her to Malaysia. FERIZI did not provide any additional information regarding his plan to bring Gulyh to Malaysia.

During the interview, FERIZI was shown the Twitter account for '@ilmiyas.' After viewing, FERIZI confirmed this was the Twitter page for Gulyh. A screen capture of Gulyh's Twitter profile is attached below:

AF-000032

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                                        , On  01/22/2016 , Page  4 of 14



During the interview, FERIZI was shown the Skype profile for 'ilmiyas.'
After viewing, FERIZI confirmed this was the Skype profile for Gulyh. Upon
viewing, FERIZI noted the location listed on the profile (Negombo, Sri
Lanka) was fake. A screen capture of Gulyh's Skype profile is attached
below:

AF-000033

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI _____ , On  01/22/2016 , Page  5 of 14



FERIZI said he has spoken with ████████████████████████ only through
Gulyh. ████████████ wanted FERIZI to join the Islamic State and pressured
FERIZI to travel. After FERIZI declined, ████████████ threatened him and
FERIZI reacted by saying mean/insulting things to ████████████, using Gulyh
as the intermediary.

Between 11 March 2015, when the first Islamic State Hacking Division (ISHD)
"kill list" was posted to Twitter and June 13, 2015, FERIZI claimed he had
never heard of the ISHD. FERIZI said he does remember seeing the first
"kill list" sometime after learning about the August 2015 data release,
which included the list of names he had stolen from Samstores.

Earlier in the interview, FERIZI had identified the partial Skype name
"james" as someone he had forwarded the Samstores data list. FERIZI stated
the Skype account "james" was the same user as Albritani. When presented
with a Skype transcript showing a conversation between 'alba.geox' and the
Skype name 'James.Foley321,' FERIZI reviewed and confirmed 'James.Foley321'
was identifiable as the "james" he had previously mentioned. FERIZI
estimated he communicated with 'James.Foley321' on Skype approximately four
or five times while using his 'alba.geox' Skype account.

FERIZI said during a June 2015 conversation with Albritani, over the
'James.Foley321' Skype account, he gave two separate files containing U.S.
Government and U.S. Military records taken from the 2006 Samstores database
using his 'alba.geox' Skype account. FERIZI was shown a forensic computer

AF-000034

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of Ardit FERIZI _____ , On 01/22/2016 , Page 6 of 14

report which listed files sent from FERIZI's computer, from 'alba.geox' to 'James.Foley321.' FERIZI identified the two files containing U.S. Government and U.S. Military records taken from the 2006 Samstores database as 'gov dump.html' and 'military dump.html.'

FERIZI said while Gulyh did have his Skype account password, FERIZI never provided the 2006 database to Gulyh, as such she would not have had access to send the file. FERIZI said the conversation between 'alba.geox' and 'James.Foley321,' where the files were passed, was in fact him (FERIZI) behind the keyboard. After acknowledging that it was in fact him (FERIZI) behind the keyboard during this Skype conversation, FERIZI acknowledged that it was likely him (FERIZI) and not Gulyh, behind the keyboard during the previously mentioned direct message exchange with '@BintSomaliyaa3' where Twitter account '@Th3Dir3ctorY' requested '@BintSomaliyaa3' to ask the ▮▮▮▮▮▮▮▮▮ to tell Albritani to go to Skype.

FERIZI said prior to the conversation where the files were passed, FERIZI knew Albritani was associated with a hacking group which supported the Islamic State; though FERIZI believed Albritani was based in Turkey, not Syria.

FERIZI said he believed Albritani was located in Turkey, because during approximately four separate Skype conversations with 'James.Foley321,' FERIZI utilized an IP resolver to pull back the 'James.Foley321' IP address, with each instance the location resolving to a Turkey. Further, FERIZI believed the IP addresses used by 'James.Foley321' during their Skype conversations were Turkcell IP addresses. FERIZI said Albritani told him he was located in Raqqa, Syria, but FERIZI believed he was lying because of the IP resolver results.

Additionally on the same day the U.S. Government and U.S. Military names were passed, FERIZI, using his 'alba.geox' Skype account, also passed two additional files to Albritani via the 'James.Foley321' Skype account. According to FERIZI, the two additional files both contained fake personally identifiable information (PII). FERIZI stated he generated the fake PII through 'FakeNameGenerator.com,' the same way he created the fake credit card information previously passed to Skafisti and 'Muslim_Sniper_D.' FERIZI was again shown a forensic computer report which listed files sent from 'alba.geox' to 'James.Foley321.' FERIZI identified the two files containing fake PII as 'keke.html' and 'orders.html.'

FERIZI said he did not reinstall Kali Linux over his Windows Operating System (OS) as an attempt to destroy evidence of his Skype conversations between he and 'James.Foley321.' When presented with several transcripts of conversations between 'alba.geox' and 'James.Foley321,' and told they were

AF-000035

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                                      , On  01/22/2016 , Page  7 of 14

recovered from his computer, FERIZI said he "accepts this evidence."

FERIZI says the reason he provided the files to Albritani was to show off.
FERIZI said Albritani was a well-known and respected hacker for his prior
online activities. FERIZI believed he was providing the files to someone
who was a member of a separate group supporting the Islamic State and not
directly to the Islamic State itself.

FERIZI said he never utilized a file sharing site to post the 2006
Samstores database in its entirety, but may have used his own e-mail and
Facebook account to send the files.

FERIZI said he gave the list of approximately 1300 names, derived from the
2006 Samstores database, and provided it to the following:
- James.Foley321 (via Skype),
- Alex Fabhan (via Facebook [likely Th3Dir3ctorY], or Skype)
- Isuf Shala (via Skype),
- Butrint Koromi (via Skype or Facebook)
- MauritaniaAttacker (via Skype)
- Altenen.com and Alboraq.com (Posted but removed within days.)

FERIZI said when he gave the list of approximately 1300 names to Albritani
(via 'James.Foley321') and he and Albritani discussed posting the list in
the name of ISHD, FERIZI believed Albritani was joking. FERIZI believed the
reason Albritani desired to release the "kill lists" was to invoke fear and
anxiety in the U.S. population. FERIZI believed the ISHD was run by one
person, Albritani, but was assisted by the Cyber Caliphate, which was under
'MauritaniaAttacker.'

During the period FERIZI had been communicating with Albritani, he claimed
he was high on marijuana all the time and specifically noted he was high
during this June 2015 conversation gave files. FERIZI said he provided the
list of names to Albritani out of ignorance and again claimed he wanted to
show off his hacking skills to Albritani. FERIZI also provided Albritani
with a Facebook account checker to determine if some of the accounts were
still active; however, FERIZI believed many of the accounts would not work
because the data was from 2006.

FERIZI spoke with Albritani over Skype (via 'James.Foley321') about another
website called 'armysurpluswarehouse.com.' FERIZI said his hacking of the
'armysurpluswarehouse.com' website was fake. FERIZI claimed he never hacked
the website nor stole any data from the site.

FERIZI believed he uploaded the U.S. Government (gov dump.html) and U.S.
Military names (military dump.html) to mega.co.nz in order to pass to

AF-000036

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                              , On  01/22/2016 , Page  8 of 14

'James.Foley321' over Skype.

When FERIZI heard Albritani was killed, FERIZI said he felt relief. FERIZI
believed it was good for all for what Albritani had done (publishing the
list in the name of ISHD). FERIZI said he felt remorse for passing the
lists of U.S. Government and U.S. Military names to Albritani.

FERIZI said in the hacking community, reputation is the most important
thing. FERIZI believed he is smarter than the average Islamic State member.

FERIZI believed his family felt bad about his situation, but his family is
supportive and had not yelled at him. FERIZI's father traveled to Malaysia
after his arrest and met with him at the prison. Upon seeing FERIZI at the
prison, his father got emotional.

FERIZI initially denied he utilized dynamic domain name system (ddns)
accounts. When presented with forensic reports of one of his computers,
FERIZI acknowledged he had used ddns accounts with his remote
administration tool (RAT) and indicated he used 'arditiks.ddns.net' and
'adam1993.ddns.net.'

**Zeni Shabani, aka Zeni Albanien, aka Khalid, El Shabani:**
FERIZI said Zeni Shabani, aka Zeni Albanien, aka Khalid, El Shabani, is an
Albanian from Shkoder, Albania, and is approximately 24 years of age.
Shabani currently resides at an unknown asylum camp somewhere in Germany.
Shabani has sometimes used Arabic names, but FERIZI does not remember the
names. FERIZI could not recall the name of the asylum camp in Germany.

FERIZI said Shabani has "no hope" and FERIZI is concerned he may conduct a
terrorist attack. FERIZI first began speaking with Shabani in 2013. At that
time, Shabani was just becoming interested in hacking and would ask FERIZI
for advice on how to hack. Shabani was interested in making money through
hacking. In 2015, FERIZI noted Shabani became more religious and in his
opinion, an extremist. FERIZI came to this opinion when Shabani began
posting Islamic verses and pro ISIS statements to his social media sites.
FERIZI did have any additional identifiable information regarding Shabani.
FERIZI said Shabani's brother (name unknown) was co-located with him in the
German asylum camp and also has extremist views.

**Alex Fabhan, aka Mr. Fab:**
FERIZI said Alex Fabhan, aka Mr. Fab, aks Fabuary, is part of the hacking
group AnonGhost. Fabhan is from Norway and his true first name is Fabuary
but goes by Alex Fabhan on Twitter, Facebook, and web forums. Fabhan clones
credit cards and is considered the right hand man of the
'MauritaniaAttacker.' Fabhan is Muslim, but according to FERIZI is not a

AF-000037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of __Ardit FERIZI__ , On __01/22/2016__ , Page __9 of 14__

radical Muslim. Fabhan is a hacker and supports Islamic groups such as the
Cyber Caliphate. FERIZI said Fabhan previously claimed to be part of KHS
during a website interview with Israeli Homeland Security, though FERIZI
noted this was false. (Agent comment: Israeli Homeland Security is a media
website.)

**2012/2013 Interview with** ███████████████
FERIZI said in either 2012 or 2013, following Anonymous' participation in
Operation Israel (OP Israel), an ██████████████████████ Last Name
Unknown (LNU) came to Kovoso and picked up 'Theta.Nu' (previously
identified as Orland Seqiri). ████████ and 'Theta.Nu' traveled to
Albania and met with FERIZI where they conducted an interview. FERIZI said
he was in Albania visiting family at the time. ████████ said he was
working in media production and was a journalist with 'TTV.co.il.'
████████ showed FERIZI his ██████ passport. Due to the assertion  they
had been involved in OP Israel, which FERIZI later admitted was fake,
███████████ believed FERIZI and 'Theta.Nu' were terrorist hackers. As a
result, ████████ asked a number of questions about what FERIZI thought
of the Israeli people and about hacking.

**MauritaniaAttacker:**
FERIZI said 'MauritaniaAttacker' is the leader of AnonGhost and believed he
resided in Mauritania. FERIZI did not have any specific information about
'MauritaniaAttacker's' location but guessed, based on the screen name, the
person was likely from Mauritania. FERIZI also stated 'MauritaniaAttacker'
worked with Albritani and directed the Cyber Caliphate.

FERIZI believed 'MauritaniaAttacker' is a radical Muslim and was engaged in
terrorist hacking activities. For example, 'MauritanianAttacker' would hack
websites to steal information and in turn use the information to illegally
access Paypal or Ebay accounts. FERIZI said 'MauritaniaAttacker' possibly
utilizes the Skype account 'mauritania.attacker.'

A screenshot of the Skype account 'mauritania.attacker' possibly used by
'MauritaniaAttacker.' FERIZI was shown the following screenshot during the
interview and believed it belonged to the 'MauritaniaAttacker.'

AF-000038

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI _____ , On  01/22/2016 , Page  10 of 14



**Butrint Kurmoni:**
Butrint Kurmoni is approximately 16 years of age and resides in Pristina, Kosovo. FERIZI noted Kurmoni is a carder, meaning he illegally acquires valid credit card information and then sells or trades the information for money. FERIZI said Kurmoni would go to online stores daily with stolen credit cards and purchase large amounts of clothes, watches, and other items. FERIZI once conducted a three-way Skype call with Kurmoni to a 1-800 number for Samstores and spoke with an employee. During the call, FERIZI spoke with the employee and asked him about Samstores transactions. FERIZI said the call was just to play a game with the employee and confuse him, all for fun.

**Omer Derguiti and Kutrim Derguiti:**
Omer Derguiti and Kutrim Derguiti are cousins. Omer Derguiti was born around 1997 and is currently around 18 years of age; his brother is Erblin Derguiti. All three live in Ferizaj, Kosovo. Omer Derguiti has used the Skype account 'omerderguiti97,' with FERIZI noting the '97' indicated Omer's birth year.

AF-000039

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                                                      , On   01/22/2016 , Page   11 of 14

Kutrim Derguiti is a cousin of Omer and Erblin and uses the Skype account 'KutrimDerguti1.' FERIZI said he had asked Kutrim about the Cyber Caliphate but FERIZI could not remember what spawned this conversation.

**mv_dawlah03:**
FERIZI acknowledged he had a conversation on Twitter with mv_dawlah03 via Twitter direct message, but could not remember any additional details regarding the conversation.

**FERIZI's Accounts:**
FERIZI provided the following accounts and acknowledged they were maintained by him:

Emails:
- ArditFerizi95@gmail.com
- lajmetal@hotmail.com [FERIZI said this was an old account]
- vita.travel@hotmail.com
- thedirectory@info.al
- arditferizi@hotmail.com
- Ardit_Kulleri_@hotmail.com [FERIZI said this was an old account]

Facebook:
/Ardit.ferizi01

Twitter:
@Th3Dir3ctorY

Skype:
- alba.geox
- ardit.ferizi01

FERIZI said the following were NOT his accounts:
- khs-crew@live.com [FERIZI said this was Besfort's e-mail and stated he had never accessed this account.]
- arditkulleri@yahoo.com [FERIZI said he had never used this account]
- arditferizi@aol.com [FERIZI said he had never used this account]

Bitcoin:
FERIZI says he has a Bitcoin wallet but has never used it. FERIZI says he may have given the wallet to some people, but indicated he never received any money.

Websites:
Ferizi said he created the following websites:
- l0cus.co: FERIZI said he created the website, but there was nothing on

AF-000040

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

███████████████████

Continuation of FD-302 of  Ardit FERIZI                                              , On  01/22/2016  , Page  12 of 14

it. His idea had been to create a legal hacking community website.

- penvid.com: FERIZI said he created 'penvid.com,' but other people were
responsible for posting to the site. FERIZI said he was aware the Islamic
State publication 'Dabiq' had been uploaded to penvid.com at one time. When
he learned the 'Dabiq' publication had been posted, FERIZI said he removed
it.

- AnsarAlSharia.com: FERIZI said this is similar to the domain owned by the
Albanian in Switzerland who is a well-known radical, AnsarAlSharia.info.
FERIZI said he got the domain to remove the videos from the Internet.

FERIZI said he does not use DUBrute.exe. FERIZI said Besfort and
approximately seven other hackers had access to l0cus.co.

**Experience & Tools:**
FERIZI said he went to the American University in Kosovo when he was 14 and
took several Cisco Networking courses, but never completed the courses.
When asked about his computer related training, FERIZI stated he holds no
degrees or certifications of any kind.

FERIZI said when he first learned how to conduct SQL injections, he
frequently failed and the computers he was using often got infected with
viruses. FERIZI stated this cycle continued and only after continued
practice did he became proficient at conducting SQL injections.

FERIZI said there were many Albanian hackers located in Kosovo who operated
shops in physical locations. FERIZI said they were "professionals" and
would steal and copy credit card data.

FERIZI said one individual in Tirana, Albania, Eribert Miriaj, was known
for being a good carder. Miriaj taught FERIZI how to card, but FERIZI said
he never did it.

FERIZI said an individual from Macedonia, Drillon Alla, owned a forum
called 'cardingforum.su,' which he used to steal credit card information
from Americans. FERIZI said Alla had support for his criminal activities
from people in Orjo, Macedonia. In addition to stealing credit card
information, Alla was also involved in creating fake bets and made money
from that activity. Alla was also involved in online spamming.

FERIZI said he acquired several of his hacking tools via Kali Linux as well
as through the websites 'Altenen.com' and 'Alboraq.com.' FERIZI stated
Hackforums.net was another website which contained more advanced tool sets
and did a better job, compared to other websites, of explaining how to use

AF-000041

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Ardit FERIZI                                                    , On  01/22/2016 , Page  13 of 14

the tools. FERIZI said he had utilized malware exploits through Metasploit, a penetration-testing tool. FERIZI said he had used Metasploit once or twice, to include using on both computers and phones.

FERIZI would use a RAT for to access computers. FERIZI would encrypt or "pack" the RAT when putting it on people's computer's to hide it.

FERIZI claimed he did not have a static IP on his router and would not have been able to open the ports.

When asked if he was proficient at any programming languages, specifically C++, Java, PHP, or HTML, FERIZI said no and claimed he did know any programing languages. FERIZI stated he did have the ability to modify PHP a little.

FERIZI did not know of any terrorists or terrorist activities located in the U.S. Further, FERIZI was not aware of any additional planned cyber attacks against the U.S., though FERIZI believed 'MauritaniaAttacker' is constantly targeting U.S. Government websites. FERIZI also believed 'MauritaniaAttacker' was targeting private websites in the U.S. as well as all over the world. When asked about specific details or how he acquired the information, FERIZI could not elaborate. When asked about knowledge of any attacks, anywhere in the world, FERIZI did not have any specific information.

FERIZI said that Gulyh and Albritani told him the Islamic State utilized electronic scanners to scan radio frequencies in Syria. FERIZI had no further information regarding the scanners or the purpose of their use.

**Kjfido Gov:**
FERIZI does not recall anything related to 'Kjfido Gov.'

**Glauk Thaqi:**
FERIZI said Glauk Thaqi is a mutual friend of his and Besfort's. Thaqi resides in Gjakove and is approximately 18 years of age. FERIZI commented Thaqi is new to the hacking world. FERIZI said his Twitter account, which has not been active since 2012, is '@glaukthaqi.' FERIZI said Thaqi's Skype username is 'glaukg.'

FERIZI said ██████ is from ██████ and is involved with BitCoin, to include trading. ██████ is also involved in webcams and has worked as a stripper. FERIZI said she has a relationship with an Albanian person named "Kristi Begaj," whom FERIZI believed is scamming her. FERIZI commented ██████ is "stupid." FERIZI did not provide any additional information

AF-000042

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

████████████████████████

Continuation of FD-302 of _Ardit FERIZI_ _____ , On _01/22/2016_ , Page _14_ of _14_

regarding ██████ .

**Igli:**
Igli (full name unknown) is a man from Aelbasan, Albania, in which ██████
previously took money from (NFI). FERIZI said he hacked Igli in 2013 in
effort to learn more about him, but considered Igli a friend. As such,
FERIZI stated he never took any adverse action against him. FERIZI advised
Igli was part of the ProCoder's Team which is a part of AnonGhost.

**Fisnik Spahija:**
Fisnik Spahija is approximately 24-26 years of age and a friend of FERIZI.
According to FERIZI, Spahija resides in Gjakove, works in information
technology (IT), and not involved in any hacking/illegal activities.

**PentagonCrew, aka Pentagon Security Crew:**
FERIZI said PentagonCrew, aka Pentagon Security Crew, was a hacking group
created by him sometime between 2011 and 2012. When FERIZI created KHS, he
gave the PentagonCrew name to other hackers, to include Besfort. FERIZI
said the purpose of the group was to hack and conduct joint operations with
Anonymous, such as OP Israel. FERIZI said the members of PentagonCrew
included:
- Besfort [Skills: SQL injection, penetration]
- Mentor Elezi, aka Retinal Probe [Leader of the ProCoders Team / Skills:
SQL injection, penetration]
- Qendrim Mazreku [Skill: No particular skills noted]

**Salaman Brisko:**
FERIZI said Salaman Brisko's real name is Isuf Shala and he is
approximately 16 or 17 years of age. FERIZI said Shala is a carder. FERIZI
noted Shala's brother (name unknown) is approximately 30 years of age and
good at scamming. Shala and his brother maintain a website where they
promise to jailbreak cellphones. After prospective customers would make
payments via Bitcoin, MoneyGram, or Paypay, the brothers would steal the
money and not deliver the jailbreak product. FERIZI could not recall the
name of the website.

**Hekuran Doli:**
FERIZI said Hekuran Doli hosts websites for the Kosovo Government and
Kosovo's largest media site (NFI). Hekuran is approximately 37 years of
age, resides in Gjakove, and is a friend of FERIZI. When FERIZI was
younger, he stated he hacked Doli. Following FERIZI's hack, Doli reported
it to the police. Afterwards, FERIZI and Doli sat down, had coffee and
became friends.

AF-000043

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER