# EXHIBIT D

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-302 (Rev. 5-8-10)



FEDERAL BUREAU OF INVESTIGATION

Date of entry  08/04/2016

On 08/03/2016, ARDIT FERIZI was interviewed at the United States Attorney's Office in Alexandria, Virginia. Ferizi was accompanied by his Federal Public Defender Elizabeth Mullin. The interview was audio-video recorded with Ferizi's knowledge. After being advised of the identity of the interviewing agents and the nature of the interview, Ferizi provided the following information:

Ferizi stated that if someone wanted to get in touch with Islamic State (ISIS) they would contact the ISIS news agency, AMAQ. Once someone contacts Amaq they are directed to the appropriate contacts within ISIS. Ferizi continued that Amaq reaches out to different groups by translating their magazine, Dabiq, into different languages, including Bosnian, Serbian, Croation, Pashtu, Urdu, Malaysian, Indonesian and English. Ferizi said while he was in the prison in Malaysia he saw Dabiq issues 6, 7 and 8 in both English and Malaysian and that he read them.

Ferizi noted as an aside that it still is not that hard to counterfeit passports. He says there are good and bad quality counterfeits, but good ones are still possible to do.

Ferizi discussed an article that was published by a freelance writer in Kosovo that identified Ferizi as a member of ISIS who had traveled to Syria. Ferizi traveled to Malaysia in August 2015 to attend Management and Science University (MSU) and the article was published by writer ARTAN HARAQIJA on 11/29/2015. The article included a photograph of Ferizi with another male who Ferizi said was a Pakistani English Master's student he met at MSU and posted a picture with on his Facebook page. In the article also was a photograph of weapons and tactical gear with a handwritten card on top that read "Ardit Ferizi." Ferizi said he received the photo from a member of Muammar Qadfafi's guard force who was an online friend of Ferizi, and who went by the Skype name MR. BLACK. Mr. Black sent the photo because of a shared interest in weapons. Ferizi indicated he had



Investigation on  08/03/2016  at  Alexandria, Virginia, United States (In Person)

File #                                                                              Date drafted  08/03/2016

by  SEALE COLTON W, Corey E. Collins

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-011132

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of Ferizi (U//FOUO) Record of Interview of Ardit Ferizi , On 08/03/2016 , Page 2 of 9

several such photos from people around the world. Ferizi noted this photo contained an M-16, which he does not own but stated he would like to own.

Other students at the university Ferizi was attending in Malaysia saw the article when Ferizi posted it on his Facebook page. Ferizi said he posted it on Facebook because he wanted to refute it. Other students were talking about him and Ferizi started to feel more alienated. At home in Kosovo, everyone believed he had gone to Syria so his family made him go in to Kuala Lumpur and call them using Facetime so family members could see well know landmarks in Malaysia.

Ferizi's father went to court a couple days after the article appeared to try to sue the writer for putting out false information. Ferizi's father found it would take up to seven years to litigate the matter and the most they could hope for would be $500. At this point the U.S. Embassy became involved and called the prosecutors to say it was a matter of freedom of speech and the writer had acted consistent with Kosovo law. The prosecutor then told Ferizi's father that nothing could be done.

Ferizi discussed that the U.S. Embassy functions like a second government in Kosovo, with a full intelligence section gathering information on Kosovo. He felt the U.S. Embassy gave too much support to the media and allowed the media to spread lies.

Ferizi said the article and aftermath destroyed him emotionally and caused him to drink too much. He said he did not know why Haraqija targeted him but believed Haraqija thought Ferizi had hacked Haraqija's computer at some point in the past. Ferizi said he did not know if he'd done this or not.

Ferizi stated that he continued to be depressed by the article and in March 2016 reached out to SKAFISTI. Ferizi said he had no specific plan in mind as to why he started reaching out to ISIS members/supporters and that he still viewed it all as a game. He said he didn't want to do anything bad and that he had 27,000 .mil emails and passwords that he'd never done anything with. Ferizi discussed how he just loved data and loved having large databases.

Ferizi stated it was his idea to give the Samstores database to JUNAID HUSSAIN, not Hussain's idea. He said only Hussain knew he had the data. Ferizi said he knows ISIS ideology but he was not pledging support by providing the information to Hussain but thought maybe it would improve his credibility.

Ferizi said it was his idea to create the PENVID.COM

video sharing website. He said he wanted it to be for any type of video but agreed it mostly contained gore videos. He said ISIS videos can be called gore videos. He used a video sharing script for the site. Ferizi said he was interested in whatever the hottest videos were that would generate traffic and he paid the most attention to traffic from Albania. Ferizi used Google Analytics to track where the videos were posted. Ferizi also put a Cookie Stealer on penvid.com to capture visitors' cookies.

Ferizi said he did tell SKAFISTI that he was creating the website and that Skafisti was interested in it. In the end, Skafisti posted at least half of the videos to the website, after Ferizi taught him how to upload the videos using Sendvid. Skafisti got the videos from jihadology.net. Ferizi said he did get substantial support from jihadi forums.

Ferizi said UMM AMIRA provided him support and called her his 'propagandist'. Ferizi was shown a posting by Umm Amira promoting Penvid.com as an ISIS website and was shown a long list of ISIS videos on the website, whereupon he agreed it did host a lot of ISIS videos. Ferizi then was shown a printout of the Twitter profile for "GIC (Tyas) @ilmiyas." He identified this as Umm Amira and positively identified the profile photograph as Umm Amira. Ferizi said Umm Amira should be charged with Material Support for promoting the ISIS videos on his website.

Ferizi said he did remove six or seven ISIS videos from the site after receiving complaints but stated he weighed the number of complaints against the number of views when deciding whether to take a video down. Ferizi was shown transcripts from a chat with Skafisti where Skafisti told Ferizi not to have any pornography on the website. Ferizi said he agreed with Skafisti primarily because if he had porn on there the webhost would take the site down anyway. Ferizi said he was rejected by Google Ads so he made no money off of the site. Ferizi said he took the site down but if he wanted he could have moved it to a "gore hosting" site which companies will make available to you if you have been a good customer and they don't want your content associated with their main site.

Ferizi was asked to create a list of the people he was aware of who were the most committed to ISIS. Ferizi provided a list of the following seven individuals:

- MERGIM BYTYQI – Resides in Gjakova, Kosovo and recruits for ISIS. Is Bosnian and recruits people of Balkan descent.
- BESFORT VELIU – Resides in Skopje, Kosovo and is a fighter and ISIS supporter. Ferizi was not certain if he fought for ISIS but believed so.

(U//FOUO) Record of Interview of Ardit
Continuation of FD-302 of Ferizi ,On 08/03/2016 ,Page 4 of 9

- KRESHNIK ISLAMI – Resides in Gjakova, Kosovo and is around 19 years of age. He is indoctrinated in jihad ideology and is a recruiter for ISIS.
- PATRIOT ABAZAJ – Residence unknown. Abazaj is a credit card scammer and hacker and likely is providing hacking assistance to ISIS.
- GERZIM MORINA – Resides in Gjakova, Kosovo and runs recruiting for ISIS there. Is superior to Bytyqi.
- BURHAN SEFERI – Resides in Skopje, Kosovo and runs TEUHID.NET promoting ISIS ideology and with old ties to the Muslim Brotherhood.
- VALDET KAMBERI – Resides in Skopje, Kosovo and runs Teuhid.net with Seferi.

Ferizi wanted to reach out to the son of the deceased Junaid Hussain to look at Hussain's computer. Ferizi said the son was only around 7 or 8 years old but Ferizi did not know him, or his name, and thus went through Umm Amira to try to get the son to let him look at the computer. Ferizi said his intention was to use social engineering to have the son let Ferizi have access to the computer. Ferizi said he planned to infect the computer so he would have access to it.

Ferizi said he had infected Umm Amira's computer. He sent her a note saying something to the effect of "how do I look now" with an attached file that showed an image of a flower. The file actually was an executable (.exe) file but he disguised it to look like a compressed (.rar) file and when she opened it the file infected her computer giving him access to it.

Ferizi said he still has the images of Umm Amira's file manager on his MSI computer. He indicated that if one went to the Spynet folder on his desktop, Umm Amira's data would be found there. Ferizi said there would be other files located there called things like "Ardit loves you" that he used for the same purpose. He sent similar files to the Kosovo police to gain access to their computers.

According to Ferizi, BESFORT JUNIKU was a hacker and he viewed Ferizi as an idol. Whenever Juniku does illegal activity he shows it to Ferizi. Juniku looked up to him as a hacker in Kosovo. Ferizi knew Juniku personally. Ferizi stated Juniku had three brothers and a sister. One of Juniku's brothers was 300+ pounds and two of the brothers and Juniku's father are part of the Kosovo Liberation Army. The 300 pound brother is a developer. Juniku's father was also described as political.

Ferizi said Juniku was involved in illegal activity regarding hacking websites, obtaining fake credit cards, accessing paypal accounts, scamming and buying items with stolen eBay accounts, and using his hacked access to eCommerce sites to change the shipping address after

AF-011135

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of (U//FOUO) Record of Interview of Ardit Ferizi , On 08/03/2016 , Page 5 of 9

orders are placed. One site where Juniku did this was AliExpress.com. When the shipping address was changed, the items were shipped to Kosovo addresses, in which the recipient was paid a percentage, and a Florida address belonging to Juniku's sister. Juniku was also looking to have goods shipped to other states that had no US sales tax.

Ferizi was shown a photo and he identified the photo as Besfort Juniku. Ferizi stated that the picture was old.

Juniku works with his brothers and develop commercial websites. One site that the Junikus created was an Albanian news site Gyuhashqipe (written by Ferizi on paper). Ferizi was unsure if it was .com, .net, .info, or .org. Juniku is involved with the illegal activity above with his brothers. According to Ferizi, Besfort is the brains behind the activity and he is a safe haven for the activity since he is young.

The Juniku's also operate a Russian site, H0rux.ru where they sell stolen accounts and dumps. Ferizi has an account on the site with privileged access. Ferizi believed his username had was Jacob or Jacob Gilbert. He thought of the names from his mind and checked to make sure there was no data for it in Google first.

Ferizi said Juniku gained access to Samstores through a SQL injection attack. Jeniku sent Ferizi a link showing the orders.php page showing the SQL injection that was used and asked Ferizi if he wanted the database. Juniku provided Ferizi with the login credentials, and Ferizi logged in directly using the program mysqlfront, which provided him a graphical user interface to access the data. Once connected, Ferizi looked at the tables and columns to see what data he had. The first table Ferizi remembered looking at was orders and then the users table. Ferizi saved the information using mysqlfront to his computer and then to maybe Facebook. Ferizi also saved a military list and government list from the data. Ferizi observed addresses present in the Samstores data, but did not take them. He just looked at the names, email addresses, passwords and phone numbers. Ferizi said the passwords were just encrypted with BASE64 and he easily deciphered them. Once Ferizi saved the Samstores databases, he did not access the Samstores server again.

Ferizi and FNU KUMONI, described as a young boy by Ferizi, called the boss of Samstores to prank him after the hack. Ferizi said Kumoni was from Kosovo and he personally knew him.

With the downloaded Samstores data, Ferizi ran the email addresses and password through checkers and reported them to the stolen email and password lists online. Ferizi used checkers such as eHarmony, Match, Walmart and Facebook checker. The checker was used to see

Continuation of FD-302 of (U//FOUO) Record of Interview of Ardit Ferizi , On 08/03/2016 , Page 6 of 9

if the stolen usernames and passwords worked on other sites. The checker Ferizi used was from a script he received from a Vietnamese guy, VB, who previously was involved in multiple large Bitcoin thefts. Ferizi's script was hosted on his ISP with an IP that had "210" in it.

Ferizi's made friends with an Indian guy who worked at an ISP that served 1,000 people called Crescent 2. Ferizi helped him fix computers and took control of his computers because according to Ferizi, "he was kind of stupid." If there was a problem with the Internet he would go to the ISP and fix it. Using this access Ferizi because had administrator access there and used servers at Crescent 2.

According to Ferizi, with the Samstores hack, Juniku was looking for money and would perform extortion and blackmail to take the owner for every last cent. Ferizi also made the following comment regarding Juniku, "Server's are usually fucked up. I would just play around, unlike Besfort."

Ferizi contacted Hussein on Skype and sent him the Samstores data. Ferizi originally tried to send the data through Skype, but Hussein's connection was slow, so he uploaded it to another site for Hussein to download. Ferizi may have sent it to Sendspace and Mega.co.nz. Once Ferizi thought Hussein downloaded the data, he removed it from the sites. At the time when Ferizi sent the data to Hussein, Ferizi was mad at the US State Department in Kosovo and wanted to blackmail Tracey Jacobson the Ambassador of Kosovo. Ferizi felt bad about Hussein posting the data and had very bad thoughts. Ferizi said he got mad and nervous and felt sorry for the people on the list. Specifically, Ferizi said he felt sorry for a military person he read about on the list. Ferizi said he was having suicidal thoughts and wanted to go back to Kosovo. Ferizi knew he had a warrant out for him in Kosovo though. However, Ferizi wanted to go back to Kosovo and finish school.

Ferizi also posted the data stolen from the Samstores database as a list on the hacking forum alboraaq.com. However, the members did not believe it was real and it was taken down.

Ferizi was shown a photo of the ThePhenix Khs Facebook page. In the friends list, Ferizi identified the friend Redand Black which was the account of BARJAM-LAMABAGU a criminal involved in credit card scamming, who lives in Gjakova, and whose father is political.

As a hacker, Ferizi collected information from lots of databases and stored them on his computer, possibly in a dropbox account, and in the Google drive, arditferizi95@gmail.com. Ferizi also compromised the site Bookdepositiry.co.uk, in which he got 2.3 million

(U//FOUO) Record of Interview of Ardit
Continuation of FD-302 of Ferizi , On 08/03/2016 , Page 7 of 9

emails and passwords. He used SQL Injection to gain access. Ferizi said he pointed the program sqlmap at page.php to identify the database and injection. When he was in, he checked the databases, tables, and columns, and then dumped the database. Once the data was downloaded, Ferizi ran it through a checker and then kept the data.

According to Ferizi, the biggest hack he performed was on Senate.gov. In 2012, Ferizi identified a vulnerable .cfm file on Senate.gov and used a public exploit to gain access. Ferizi stated all of the subdomains were vulnerable and there were 30-50 databases. Ferizi looked in the databases and saw that the passwords were encrypted with SHA-1. Ferizi was able to crack the passwords using hydra and a custom word list. Ferizi created a word list to use in his password cracking with passwords he obtained from previous hacks. Ferizi said he reported to the Senate.gov administrator that Senate.gov was vulnerable, but they did not fix it. According to Ferizi, Anonymous also hacked Senate.gov using the same exploit after him. Ferizi also hacked Cei.int using the same exploit.

Ferizi's second favorite hack was that of Serbian websites. Ferizi stated he hacked 90% of Serbia's government websites. Ferizi posted about hacks her performed on Russian Government sites and Serbian Government sites on the Kosovo Hackers Security web page.

Ferizi said he did not conduct a DDoS against the INTERPOL site. Ferizi said ORLANDO SHIRI (ph) performed the attack.

Ferizi stated the hack against weather.gov was done by theta.nu. Ferizi participated with theta.nu, but just saw the data. Ferizi said the hack was performed using a Local File Inclusion (LFI) vulnerability on the weather.gov website.

Ferizi used Backtrack Linux and Kali Linux to perform his hacking. Ferizi identified sites to hack by doing Google Dorks. Ferizi provided the following Google Dork strings that he would use: "file:php – [keyword]-id=" or "file:php – [keyword]-cid=" In place of [keyword], Ferizi would use keywords such as store or market. With the Google results Ferizi would identify the "big fish" and then try to take everything. Ferizi stated the following regarding having stolen data, "I like to see data, it makes me feel good." Ferizi hacked sites in other countries, such as Australia, Russia and China. Ferizi believed these countries had poor security. Ferizi believed Germany and France had good security and Israel had the best security.

When Ferizi put shells on websites, he used the shell called Madspot. Ferizi believed it had lots of options and is updated. He used Madspot 1.0 and 2.0. Before Madspot, Ferizi used c100. However, Ferizi

AF-011138

(U//FOUO) Record of Interview of Ardit
Continuation of FD-302 of Ferizi                                   , On 08/03/2016, Page 8 of 9

liked Madspot because it provided a graphical user interface that was easy to use and saved time. Ferizi believe Dr. Zombie also used Madspot.

Ferizi taught himself about using all of the different hacking tools and improved his knowledge through using them and trial and error.

Ferizi participated in the online hacking forum Hackforums.com. Ferizi would go there for updates. Ferizi had numerous usernames. Ferizi named a few of the usernames he remembered such as xray, ironman, turkhack, omar, and omud. Ferizi used Turkish names because he was a member of red hack. Ferizi liked the hackers on Hackforums.com and thought they were good. Ferizi was banned from Hackforms.com many times because he offended people. Ferizi said he would confront people in the forum who posted viruses with bad words and got banned for using bad words in posts. Ferizi never asked for hacking help on Hackforums.net. One time, Ferizi remembered asking for someone to crack an md5 hash for him, but no one did it. Ferizi posted viruses on Hackforums.com to infect other users. Ferizi said he made the viruses undetectable by antivirus tools. Ferizi used the malware spynet to infect the users. Ferizi would disguise the malware as fake hacking programs.

Ferizi had an IRC Botnet that he used mostly for Distributed Denial of Service (DDoS) attacks. The IRC server that he used was located in Cyprus or The British Islands. Ferizi purchased the hosting from 1und1 in Germany. Ferizi stated he had 17,000 to 18,000 bots total. Ferizi infected people by posting the malware in forums, disguised as game cheats, and hacking programs. Ferizi specifically remembered posting the malware on Chinese, Russian, Kazakhstan, Kyrgyzstan, and Uzbekistan sites. He attacked Serbians with DDoS attacks using his botnet. Ferizi also taunted people with his botnet and bragged about using up all of one of his victims bandwidth quickly to shut down his victim's site. Ferizi also provided Theta.Nu, aka ORLANDO (ph) LNU, access to the botnet.

Around 2014, Ferizi also infected people with Remote Access Tool (RAT) malware that he purchased, DarkComet and Infozone(ph). Ferizi had 200 active users each day, and sometimes 300-350 at night. Overall, Ferizi believed he had 1,000 computers infected. Ferizi said he infected his victims with multiple RATs to ensure he kept access. Ferizi liked to infect people just to see what they were doing. Ferizi infected Government computers, law enforcement, customs, and friends, including Juniku. Ferizi said, "I have more information than the intelligence of Kosovo has."

Ferizi stated his RAT was undetectable and he would infect his victims using a USB drive set to autorun when inserted. Ferizi

(U//FOUO) Record of Interview of Ardit Ferizi

Continuation of FD-302 of Ferizi , On 08/03/2016 , Page 9 of 9

▉ would provide computer assistance to a victim, and then insert the drive into their computer to infect them. Once infected, Ferizi stated he created a worm that would infect any USB drive inserted into his victims' computer and then infect new victims when inserted in new computers. Other than using a USB drive, if Ferizi wanted to infect someone with his malware, Ferizi often changed the malware's file name into something the person had requested or was interested in.

▉ Ferizi said he put his RAT onto the computers of extreme Imams in Kosovo. Ferizi infected them by helping them increase their view count for their YouTube videos. Ferizi stated he needed to access their computer to help and would install his RAT on the Imams' computers. To increase the view count he then used his botnet to visit their videos and increase the views.

▉ Ferizi also stated he used his RAT to report crimes to law enforcement. Any crime Ferizi saw, Ferizi said he reported it, such as drugs or killings. Ferizi also stated he reported other illegal activity he saw not in Kosovo to law enforcement. Ferizi said he reported crimes to the FBI using the fbi.gov/cybercrime website previously.

▉ Ferizi believed there was a high level of corruption in the police system in Kosovo and provided an example of the corruption regarding prostitution which is illegal in Kosovo.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER