# EXHIBIT E

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  08/05/2016

▮▮▮▮▮▮▮▮  On 08/04/2016, ARDIT FERIZI was interviewed at the United States Attorney's Office in Alexandria, Virginia. Ferizi was accompanied by his Federal Public Defender Elizabeth Mullin. The interview was audio-video recorded with Ferizi's knowledge. After being advised of the identity of the interviewing agents and the nature of the interview, Ferizi provided the following information:

▮▮▮▮▮▮▮▮  At the end of the previous session, Ferizi was asked to think about who else he is familiar with who supports Islamic State (ISIS). At the initiation of this session, Ferizi produced a handwritten list of names and organizations associated with ISIS:

- SELATIN SHALA and SULTAN (SULLTAN) SHALA – Run a travel agency (NFI) in Kosovo and Saudi Arabia (Medina and Jeddah) that finances, assists with recruiting and possibly facilitates travel for ISIS.
- FATMIR HOZDI aka ABU SEJFULLAH aka ABU KHALID – Shares ISIS ideology online and in person. He travels around to share ISIS ideology.
- LABINOT KONUSHEVCI and- Located in Pristina, Kosovo. Labinot operates fan pages for ISIS and is well radicalized.
- FLORENT KONUSHEVCI (brother or cousin of Labinot) aka MR. PIRA (ph) – Located in Pristina, Kosovo. Florent is radicalized and is leader of a group called KOSOVO WARRIORS GROUP (KWG), which Ferizi believed was associated with ISIS or Jabhat al Nusra.
- ABDURRAHM ON BEJTULLAHU – Located in Gjakove, Kosovo. Imam of a mosque in Gjakove. Ferizi has not heard him directly praise ISIS but stated he is surrounded by ISIS supporters calling for jihad in Syria. Ferizi said he recorded a video of a guy from Libya preaching jihad in the mosque. Ferizi believed the video was uploaded on Facebook where he kept everything.
- FITIM LLADROVCI – Located in Lipjan (Lipyan), Kosovo – Has traveled extensively for ISIS and works in Turkey to facilitate ISIS recruits from Turkey into Syria.
- RIZVANOLLI – Location unknown. Ferizi indicated Rizvanolli is a



Investigation on  08/04/2016  at  Alexandria, Virginia, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date drafted  08/04/2016

by  SEALE COLTON W, Corey E. Collins

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-011141

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of ████████████████████████ , On 08/04/2016 , Page 2 of 9

- nickname but it sounds like an Albanian last name. Rizvanolli is an ISIS facilitator, moving people from Turkey into ISIS territory in Syria. Rizvanolli stays in Abdurrahm Bejtullahu's mosque when in Gjakove. Rizvanolli was a student in a madrassa in Turkey.
- FADIL LIMANI (LIMONI) – Limani is a reporter for ISIS reporting in Albanian language.
- BURHAN SEFERI – Located in Skopje. Runs Teuhid.net which facilitates spread of ISIS ideology. Ferizi previously helped Seferi with fan pages for Teuhid.net in return for favors such as server space.
- LISBA – A group seeking Sharia for Kosovo. In around 1999 the leader (NFI) of Lisba was seeking to bring al-Qa'ida into
- THIRRJA ISLAME – A group promoting ISIS communications and propaganda on different groups and e.g. Facebook pages.
- SHOQATA PENDIMI and RADIO PENDIMI – Located in Belgium, related organizations involved in supporting and promoting ISIS.
- XHAMIA E MADHE – Mosque located in Prizren Dragash, Kosovo connected with Bosnian ISIS members.
- SHERIAT PER KOSOVEN – Pages in Facebook promoting Sharia for Kosovo.
- SHERIAT NE KOSOVE – Group supporting ISIS in Kosovo.
- KURANDHESUNET.COM – Website and group that previously paid tribute to Usama bin Ladin after he was killed. Now supports ISIS.
- FORUMIISLAMIK.COM – ████████████ Website associated with Kurandhesunet.com
- SHTETI ISLAMIK – Facebook pages supporting ISIS; translates as Islamic State.
- MESAZHI ISLAM – Radical organization; translates as Message of Islam.
- ALLAHU ESATE NJE – Site publicizing ISIS efforts. Translates as God is one.
- BAZIBABA, QAIR, DIZHONSKA, TOPHANE, MACEDONIA – Neighborhoods in Skopje, Macedonia with numerous ISIS members and supporters.

████████████████ Ferizi said the imam that comes to preach at the Alexandria Detention Center where he is housed is radicalized. He did not know the name of the imam but said he is a black male who preaches about Tawhid, which Ferizi said is central to all radical Islam preaching, and preaches the same ideology as ISIS although he then notes that ISIS is bad. Ferizi said he does not believe the imam believes ISIS is bad because he is saying everything that ISIS believes is good and then says they are khawarij, or un-Islamic, because of one act.

████████████████ Ferizi explained that when individuals were recruited for ISIS in Kosovo they are given good food and then three to five days of teaching and preaching to be sure their hearts are right and then they are sent to Syria. The teaching is done in local houses. To travel to Syria, they purchase roundtrip tickets to Turkey and then are driven in to Syria.

The route from Turkey into Syria is known as the Hijrah Way. The Hijrah Way is a route into Syria that is changed every two weeks and sent out. Ferizi saw the updated maps on Kik in groups he was in. Ferizi explained he was at a high level with ISIS groups on Kik chats.

The Hijrah Way maps were Google maps that had been put into paint where the routes were overlaid on the map. Ferizi said the routes were sent out by a Kashmiri male who he later identified as FAARIS aka ABU DUJANA. Ferizi said Faaris instructed an individual how to make an improvised explosive device for an attack on bus in the Kashmir in or around March or April 2015.

Ferizi said that in around 2012 Jabhat al-Nusra was under ISIS and recruits from Kosovo flew to Istanbul,Turkey and then fly directly to Gazientep, Syria where they were met by an ISIS or al-Nusra handler with a bus. Later the leader of Jabhat al-Nusra died and the group split from and fought against ISIS. Since that time, travel into Syria has become much more difficult and thus the need for the Hijrah Way. Ferizi said all recruits from the Balkans join either al-Nusra or ISIS and that 90 percent of them now go to ISIS. Ferizi said al-Nusra is not giving orders for outside attacks; they are trying to remain quiet.

Ferizi said no special documentation or papers were needed for new members to come into ISIS. Recruits are brought in and given 30 days Shari'a training and checked to see if they are good mentally, checked on weapons and then categorized. Ferizi learned this in 2013 when lots of people from Kosovo were traveling to Syria. Ferizi said ISIS is not selecting people for specialized skills, such as hacking, but are more interested in weapons skills.

Ferizi said the Islamic State Hacking Division (ISHD) was created by Abu Hussain (JUNAID HUSSAIN) and it was not approved by the emirs when he started it. Abu Hussain was famous online so he was able to do whatever he wanted.

Ferizi said high-level people who are 100 percent verified before are given special papers from high level ISIS commanders that allow them to pass through ISIS areas. Ferizi gave an example of a U.S. media representative who traveled into ISIS territory and was given special paperwork. He later saw the news story associated with this travel.

Ferizi first met ABU HUSSAIN while working with Anonymous on an Anonymous Operation targeting pedophiles. Ferizi remembered that during the operation Hussain was trying to find UK pedophile websites. Ferizi was trying to approach Hussian as a friend and would private message him to ask him to join his hacking forum and promote his porn site.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 08/04/2016 , Page 4 of 9

Hussain's username was Trick from Team Poison. During the Anonymous operation Hussain was not radicalized.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In 2015, before Ferizi sent Hussain the Samstores database, Ferizi contacted Hussain in Skype. Ferizi was connected to Hussain through Umm Amira. Ferizi stated that Hussain was from Morocco and was British. Ferizi believe Hussain was radicalized in 2014 while in the UK.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Hussain's most trusted people were Hussain's wife, son, and Amir. Umm Hussain, his wife was a dancer/singer in a club and Hussain made her radicalized. MauritanianAttacker (MA) was Hussain's right hand man and consultant. Hussain also trusted 2/3 of AnonGhost's members.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ According to Ferizi UMM AMIRA is known as a "Second Girl." Ferizi believed she was more respected than Umm Hussain. Ferizi stated she was big in ISIS and everyone knew her. Ferizi also stated that Amira ran the marriage group in ISIS and Amira was making women go to Syria for ISIS members. At one time, Amira invited Ferizi to an ISIS Marriage group in Kik, and Ferizi was the only male. Ferizi installed a Remote Access Tool (RAT) on Amira's computer and wanted to use her to become "high profile." Ferizi also asked Amira to introduce him to Abu Hussain to become "high profile." Ferizi thought Hussain looked famous and Ferizi wanted to know his background.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In 2010 and 2011 Ferizi chatted online with MA about hacking and MA's group AnonGhost. Ferizi believed MA's family was radicalized. Ferizi believed that MA is a good replacement for Abu Hussain because he helped put Islamic messages on all sorts of websites. Ferizi believed Hussain and MA would talk to each other using Telegram, Kik, Surespot, and Skype. Ferizi and MA shared hacking exploits with each other. According to Ferizi, "sharing is caring." They shared information through Facebook messenger. Both Ferizi and MA used Linux and MA shared Linux exploits with him, such as new versions of Linux kernel exploits. MA's specialties are getting root and kernel exploits according to Ferizi. Ferizi said MA was OK as a hacker.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ferizi said in 2013 he installed a RAT on the following AnonGhost members' computers, AP3x and AKDemo. Ferizi said he the RAT named Incredible PDX. When Ferizi gained access he looked at their files, controlled their computers and turned on their camera. When Ferizi turned on their camera he would take pictures of girls or his victims' sisters.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SKAFISTI and Ferizi chatted using direct messages on twitter. When Ferizi had penvid.com, Ferizi showed Skafisti how to upload

AF-011144

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

videos on penvid.com. At one time, Ferizi told Skafisti he had four million credit cards of non-believers. Ferizi sent Skafisti a sample of credit card records that he said were from the four million, but they were fakes that Ferizi generated online. Ferizi said he used Skafisti to put him in touch with Umm Amira. Skafisti put Ferizi and Umm Amira in touch via Kik.

Ferizi knows where to get high quality passports online but could not remember the sites.

Ferizi does not know who @Genjihad is.

One way Ferizi gained access to hotels, and other victims was to spread his RAT through compromised Facebook accounts. In April/May 2015, Ferizi hacked a Kosovo political account on Facebook and posted a file containing his RAT that was titled "Look what a corrupt government we have here." With this post Ferizi compromised many victims along with the Aldi Hotel in Kosovo. When Ferizi connected to the Aldi Hotel, Ferizi attempted to download their databases and files, but it was running too slow, 12kb/s according to Ferizi, so he canceled. Before canceling, Ferizi got some documents and pictures including copies of IDs and bills/payments. Ferizi also activated a keylogger on the hotel computer and obtained usernames and passwords for the website and domain accounts for the hotel.

In 2014, Ferizi hacked more hotels in Kosovo; he specifically remembered the Grand Hotel and a honeymoon hotel in the Kosovo mountains. Ferizi said he could control the alarm and modify check-in/check-out data. Ferizi specifically targeted the Grand Hotel in Kosovo because Ferizi believed political people went there. He hacked the Grand Hotel by compromising an employee who worked there and got him to unknowingly install Ferizi's RAT on a hotel computer. When Ferizi compromised the honeymoon hotel he identified that the hotel was keeping secret cameras in the rooms.

Ferizi spoke online via Skype with SARAH SHAFIRI. Ferizi believed Shafiri was Jewish and worked for Polish Intelligence. Shafiri told Ferizi that her father also was in intelligence. Ferizi once sent Shafiri a passport from the black market to "fuck with her." Ferizi believes Shafiri is currently located in Greece, and that Shafiri was thrown from Isreal. Ferizi also believes that she spoke seven languages to include Hebrew, Arabic, Russian, English, Polish, and Greek.

Ferizi was asked about passport images that were recovered from the slack space on one of his thumb drives that was

Report of Interview

analyzed. Ferizi stated that when his RAT downloaded files, a lot of space was used up on his hard drive; therefore he removed the biggest files and put them on a USB.

Ferizi was asked if he could provide additional information on HANI BIN YAHYA. Ferizi said bin Yahya was on 24 hour lockdown and was housed with the Young Prisoners (YP) so Ferizi was in a room with him and four other YPs. Bin Yahya had been arrested in Malaysia for having photos and videos on his phone relating to ISIS and al-Qa'ida. When bin Yahya was around 19 years of age he was imprisoned in Australia for a fight that lead to the death of one individual. Bin Yahya didn't kill the person so got a shorter sentence. Bin Yahya had three wives—one in Yemen and two in Indonesia and had eight children. Bin Yahya was from Jakarta, Indonesia but his family was from Yemen and he still had property in Shabwa Province, Yemen so travel there frequently.

Ferizi said most of bin Yahya's upper body was covered with tattoos and when Ferizi questioned bin Yahya about them bin Yahya said the tattoos were from "before." Ferizi made a rough sketch of a somewhat star-shaped design he said was on bin Yahya's solar plexus area that signified the center of the his being.

Ferizi said Bin Yahya told stories about his time with the Taliban, including dressing as a woman to cross the border from Pakistan into Afghanistan. At one point bin Yahya was arrested while trying to cross the border and held for a short time by the Pakistanis.

Ferizi said bin Yahya had a phone in the prison that had been smuggled in by another person smuggling it in their anus. Drugs were smuggled into the prison in the same manner. According to Ferizi, the phone had contacts on it for al-Qa'ida members (NFI).

Ferizi described ABU BAKR as a big, brown Malaysian guy. He could not recall anything more regarding Abu Bakr's full name. Abu Bakr told Ferizi that the man who arrested Ferizi, BOOKYAMON (ph) is the biggest criminal in Malaysia.

Ferizi was shown a list of his Viber contacts. Ferizi said the list actually was his Facebook contacts and Viber had synced with his Facebook and pulled them in. Ferizi provided information on the following individuals:

- VISARI (          ) – Head of Cyber Crime Unit in Kosovo; does not like Ferizi and Ferizi does not like him.
- BURHAN SEFERI (          ) – ISIS affiliated.
- UBEJD ABDULLAI (          ) – ISIS affiliated.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Continuation of FD-302 of _____, On 08/04/2016, Page 7 of 9

- BURHAN IBRAHIMI _____ - Identified as Macedonian ISIS supporter.
- NOTEJ KRASNICHI (_____) - Ferizi identified Krashnichi as SKAFISTI. Feriz noted that Krasnichi has connections to BORHAN SAFIRI.
- ERIBERT MIRIAJ _____ - Credit card thief who was involved in hacking Stratfor.
- SARAH _____) - Identified as Sarah Shaferi, a female he identified as possibly a Polish Intelligence Officer living in Greece and from Israel.
- ARTUR _____ - A Belarusi living in Germany and associated with Russian gangs and killings in Germany..
- AMIRAH (_____) - Identified as UMM AMIRA. Ferizi later fully identified Umm Amira as GALUH ILMIA CAHYANINGTYAS.

Ferizi brought a sheet of paper that contained numerous usernames and password that Ferizi used online. Ferizi signed a consent to search form, with his defense counsel present, in which Ferizi gave consent to search all accounts listed on the paper provided by Ferizi. During the interview Ferizi gave verbal consent to try all of the accounts and password combinations with mega.co.nz to search his mega.co.nz accounts. Below is a list of accounts that were provided by Ferizi:

- ardit@ferizi.info (hotmail)
- arditferizi95@gmail.com
- ardit.ferizi@outlook.com
- laymetal@hotmail.com
- thedirectory@info.al (hotmail)
- phenix4ever@w.cn (hotmail)
- arditferizi@hotmail.com
- ccpro@yahoo.com
- ardit_kulleri_@hotmail.com
- aba.travel@live.com
- vita.travel@hotmail.com
- cyb3r-hell@hotmail.com
- r00t3r-tgh@hotmail.com

The following are the passwords that Ferizi used with his accounts. He was unsure of which password would work with each account:



AF-011147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮ , On 08/04/2016 , Page 8 of 9

Report of Interview

▮▮▮▮▮▮▮▮▮▮ Ferizi and the writers accessed Ferizi's Kik account, vita.travel@hotmail.com, and went through his contacts.

▮▮▮▮▮▮▮▮▮▮ Ferizi stated all of the individuals listed on his Kik contact list are affiliated in some way with ISIS. The list below is all of the contacts in Ferizi's Kik contact list along with any additional information Ferizi provided about them.

- Abdulaziz Abu Hamza – MasterAbuhamza
- Abu Computer – abucomputer
- Abu Dujana – faaris3 – A Kashmir Guy in Pakistan with the first name Faaris who helped with posting the Kosovo Hijrah Google maps.
- Abu Hussain Britani – AbuHussain2
- Al' Ghar33ba – Alstrangers
- Ameera Al Ezz – ummummara – Account belongs to Umm Amira
- Anwar Awlaki – shaykh.anwar – Posted the way to go to ISIS and sent the Hijrah Google maps over Kik.
- ardi selimi – skafisti – Account belongs to Skafisti. Ardi Selimi is a friend with Notea Kresniqi.
- ardi ferizi – arditferizi
- Be happy – arsi_waheed – ISIS supporter. Farizi thinks he is a fighter.
- BUASSAD LLAH – BAQQIYAH20 – Guy who posted and updated the Hijrah Google maps.
- Burak Turki – ebu_burak_turki – Sends people into ISIS and created kik groups for Kik conversations.
- Deleted account – Umm_Hurayra_ – Account belongs to a woman from Pakistan. Ferizi tried to "catch" her but did not succeed.
- G Rae – Raelyi
- Haniya Ahmed – BAQIYA8646 – Supporter of ISIS
- Hers (heart emoji) – KPS.
- Ibn Layth – sonofthelion
- Ibn salahaddin al kurdi – ibn_salahaddin
- Ideal Smajli – idealsmajli – Guy who is an Albanian terrorist and a big promoter.
- Illwlli illwlli – illwlli
- Khaula Ali – khaula21
- Kik Team – kikteam
- Layla stranger – LaylaStranger
- Lil Nigga But my head Big (100 emoji) – biigdaddy134

Continuation of FD-302 of ▮▮▮▮▮ Report of Interview, On 08/04/2016, Page 9 of 9

- Machine (android emoji) MGK - xonigjk
- Muslim RADICAL - radicalmuslim - Albanian
- Mv fear - mrfear
- Pearls In The Mud - roesechick
- Princess Of Dabiq - LembayungUnguSuraya - Girl who was running an ISIS marriage group who is located in Indonesia.
- Rahim Maksuti - rahim_m
- Rron Gjigolli - lucasrroni - Armenian who Ferizi compromised. Ferizi believed he is an ISIS supporter.
- Saif Abbas - abuleila - Albanian guy who also posted the Hijrah Maps.
- Sumaiah Ismail - UmmAafia
- Surry Oy - surry387
- Umair Mohamed - umairsniper - Ferizi thinks he is a sniper and a big guy. He said he was sniping protecting Muslims. Ferizi stated that he was sending photos when he was sniping.
- Umm Amira - umm_amira - Account belongs to Umm Amira. Umm Amira has many accounts according to Ferizi
- Insaf911

▮▮▮▮▮ When Ferizi was on Kik he would get invited to different Kik chat groups such as Baqiyah and ISIS marriage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AF-011149