# EXHIBIT F

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/10/2016

On 08/09/2016, ARDIT FERIZI was interviewed at the United States Attorney's Office in Alexandria, Virginia. Ferizi was accompanied by his Federal Public Defender GEREMY KAMENS. The interview was audio-video recorded with Ferizi's knowledge. After being advised of the identity of the interviewing agents and the nature of the interview, Ferizi provided the following information:

Ferizi stated he met FARID AL-AWLAKI in the dormitory at Limkokwing University. He met Awlaki in the hallway and invited Awlaki to smoke weed with him. Awlaki accepted the invitation and, over time, while smoking weed and visiting prostitutes, they became friends. Ferizi said Awlaki had two Yemeni soldiers guarding Awlaki. Awlaki received a check for his school funds from the government of Yemen and he had to go cash it. Awlaki was studying English at Limkokwing but Ferizi did not think Awlaki worked very hard at it. Ferizi would communicate with Awlaki in English and Arabic, although Ferizi said he had difficulty with Yemeni Arabic.

Awlaki told Farid about jihadi training camps in Yemen and indicated that he had visited them. Awlaki showed Ferizi that he had been shot in the arm protecting someone. Awlaki also showed Ferizi his Facebook page and that he had many high-level jihadi contacts on there. Ferizi said Awlaki's family was very prominent in the Shabwa Province of Yemen and that they had supported al-Qa'ida but were moving more to support ISIS. Ferizi also noted the family was very political and supported the government of Yemen. Awlaki's father is a teacher in Shabwa Province but had been a commando in Yemen. Ferizi believed Awlaki intended to return to Yemen when he completed school to take a political position because he had many supporters in Yemen.

Ferizi talked to Awlaki about Awlaki's uncle, Anwar al-Awlaki. Awlaki had spent time with his uncle in Yemen and was upset that



Investigation on  08/09/2016  at  Alexandria, Virginia, United States (In Person)

File #                                                              Date drafted  08/09/2016

by  SEALE COLTON W, Dustin Reid

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-011156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Record of Interview ▇▇▇▇▇▇ , On 08/09/2016 , Page 2 of 8

he had been killed. Awlaki also spoke about Azzam al-Amriki, an American citizen, having also been killed in a drone strike although he was upset the Americans had not claimed responsibility for the strike. Ferizi also mentioned that Awlaki had been with an MI-5 spy when his uncle was killed and that al-Shabaab was seeking to kill the spy.

Ferizi stated that the Royal Malaysian Police, referred to by Ferizi as Bukit Aman, were extremely corrupt. Ferizi spoke about this with former Malaysian commandos who were imprisoned with Ferizi for having supported Islamic State (ISIS). The commandos said they had been responsible for investigating drug smuggling but constantly turned their backs in investigations because the Bukit Aman commanders controlled the drug smuggling routes between Thailand and Malaysia. Ferizi also noted it was easy to pay a police officer 100 Ringgit (about $25) to avoid being issued a ticket for not having a passport or identification on you.

Ferizi stated he started chatting online with UMM AMIRA around April or May 2015 and ultimately was talking with her several times a day. He would chat with her from his dorm room at Limkokwing. Ferizi said Umm Amira believed they would be married and that she was jealous of the other women with whom he communicated. Ferizi said he had complete control over Umm Amira because he had taken control of her computer and knew everything about her. Umm Amira lived in Jakarta, Indonesia but had many friends in Aceh, Indonesia and had one younger sister.

Umm Amira has a master's degree in chemistry and is approximately 25 or 26 years old. Ferizi said Umm Amira is working in the chemical industry in Jakarta, Indonesia doing something with measuring the amount of naphtha in petrol. Umm Amira told Ferizi she hoped to use her chemical knowledge in support of ISIS. Ferizi believed she could use her knowledge to make explosives. Ferizi stated that Umm Amira has a younger sister but Ferizi did not know her name. Ferizi said that Amira means Princess in Arabic.

Ferizi discussed Umm Amira's involvement in promoting marriage of Indonesian women to ISIS fighters. He said she would find hopeless women and tell them they should make hijrah. Ferizi said he did not know exactly how she assisted the women in getting to Syria but believed that she did assist them. Ferizi said Umm Amira also was in contact with wives of fighters in Syria. She was prominent in a Kik chat group called ISMarriage.

Umm Amira told Ferizi that Indonesians could no longer travel freely to Turkey to get to Syria because Turkey had closed the border to them, but told him there was a way for people to get from

Record of Interview

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮ , On 08/09/2016 , Page 3 of 8

Indonesia to Syria without passports; however they had to travel in a group. Umm Amira also expressed support to Ferizi for suicide bombers.

▮▮▮▮▮▮▮ The first Kik chat group Ferizi was put in was called Baqiya. He believed either Skafisti or Umm Amira put him in the group. To join a group one had to be "300% verified" and Ferizi believed Umm Amira and possibly Skafisti would vouch for him. Ferizi said Umm Amira probably also vouched for him with JUNAID HUSSAIN. Ferizi said he would challenge people in the groups when they posted about attacks and the like and they would think him a spy and want to kick him out. He would tell Umm Amira to go back and tell people in the group not to worry about him and she would. Ferizi ultimately belonged to approximately seven Kik chat groups, all bearing a variation of the Baqiya name.

▮▮▮▮▮▮▮ Ferizi discussed the Hijrah Way, the route for moving people from Turkey into Syria, which he had discussed in previous sessions and noted that Gaziantep, Turkey had intelligence agencies from all over the world posted there, including from Kosovo. He said he knew this from talking to his contacts in the Kosovo intelligence agency. Ferizi said BURAK TURKI was prominent in moving people to Syria for ISIS and saw him discussing on Kik with ABU DUJANA about getting people from the Kashmir to come to ISIS.

▮▮▮▮▮▮▮ Ferizi said Abu Dujana was an emir and was in his Kik chats. Ferizi believed he was responsible for two or three attacks. Ferizi said he knew Abu Dujana had been involved in an attack in Kashmir because he saw him on Kik chatting with the person who carried out the attack and saw them move to a private chat.

▮▮▮▮▮▮▮ Ferizi said Skafisti had hundreds of accounts, mainly because Skafisti's accounts would constantly be suspended. Skafisti would ask followers to give him a shout out to their followers when he created a new account to make them aware of his new account. Ferizi first met Skafisti on Twitter. Ferizi had around 5,000 Twitter followers, including soldiers in the Syrian army. The word "Skafisti" is a term that is equivalent to being a surfer.

▮▮▮▮▮▮▮ Ferizi was shown a Facebook page belonging to NOTEJ KRASNIQI. Ferizi said again that this was Skafisti. Ferizi said he had talked to Skafisti on Twitter and then to Krasniqi on Facebook and believed them to be the same person based on the conversation.

▮▮▮▮▮▮▮ Ferizi said BURHAN SEFIRI is involved in everything and is considered the boss but keeps a low profile. Seferi is the owner of Teuhid.net. Ferizi claims everyone on Teuhid.net are ISIS.

Record of Interview
On 08/09/2016, Page 4 of 8

TO USA, FVEY) Ferizi claimed that when he was younger he talked online to the current Kosovar Ambassador to the United States and represented himself as being much older than he was, approximately 27 years old. When she found out he was a teenager she brought a case against him in the Kosovo courts but did not show up for the hearing so the case was dismissed.

Ferizi said that HANI BIN YAHYA was a former Kopassus commando and that Kopassus was similar to the French Foreign Legion.

After Ferizi provided the Sam Stores PII to Junaid Hussain, he saw there were military, embassy, and government information in the database. Ferizi does not remember if Ferizi used a Facebook checker on the email accounts. Ferizi indicated he never provided a Facebook checker to Hussain, but did provide a website that hosted a checker. Ferizi did not show Hussain how to use the checker. Ferizi also provided credit card numbers belonging to Eglin Air Force Base to Junaid Hussain, but Ferizi claimed he altered the expiration dates and changed a few of the numbers before providing to Hussain so the numbers were unusable.

MAURITANIAATTACKER provided the shell for the website on which Hussain posted the data.

Ferizi indicated he attempted to send the files to Hussain over Skype, but the transfer speed was too slow, so he sent Hussain the file via Mega.co.nz. After Ferizi saw the PII posted he acknowledged he posted on Twitter that "sometimes the best revenge is to smile and move on." Ferizi indicated he felt bad about providing the information, but the US destroyed Ferizi first. Ferizi indicated that when he said "hit them [the US Army] hard," he meant hit them on social media. Ferizi indicated after the PII was hosted, others credited Hussain with the hack after Hussain posted the information as a kill list.

Ferizi said the military and government Skype files to Hussain on Skype but they did not go through so he sent the same .gov and .mil though mega hyperlinks. Ferizi said he didn't send more data on normal people to Hussain. Ferizi said his aim was not to affect normal people but that his point was to affect the government. Hussain, Eribert Miriaj, and Besfort all had access to parts of the samstore.com database.

Ferizi said that in his Google drive, there is a lot of stolen data. Ferizi used account checkers for stolen databases of, for example, 1 million sets of login credential and learn someone had Facebook fanpage. Ferizi liked to hack into and takeover fan pages for regular Islamic Facebook pages.

Record of Interview

On 08/09/2016, Page 5 of 8

▬▬▬ TO USA, FVEY) According to Ferizi, AnonGhost was the creator of the Cyber Caliphate and the ISHD. Junaid Hussain was just an advisor at the time but gained more control because he was located in Syria.

Ferizi discussed other inmates at the Alexandria, Virginia detention center. Ferizi said he met MOHAMMAD BILAL JALAL in the Alexandria, Virginia detention center. Jalal had been U.S. Army and National guard and wanted to commit a terrorist act in Virginia. Bilal previously had travelled to Sierra Leone; Sirte, Libya; and Nigeria. Ferizi believed Jalal had been in contact with Boko Haram in Nigeria. Bilal planned to offend the judge when he makes his next court appearance. Ferizi named Jalal's appointed attorney but also said Jalal's sister was an attorney who visited Jalal two to three times a week.

Ferizi said he met QAMAR HARRIS at the detention center. Ferizi described Harris as extremely fat, as a virgin, and noted he had finished university at age 25. Ferizi said Harris was radicalized during an extended trip to Pakistan approximately four years ago. Harris told Ferizi he had been an online follower of Elton Simpson, who conducted an attack in Garland, Texas on behalf of ISIS. Ferizi believed Junaid Hussain had been somehow involved in the Garland attack because he told Ferizi to watch and see what happens just before the attack.

Ferizi said he has not spoken to Cedric Coleman since Ferizi was moved to a different block within the detention center. Coleman previously spoke to Ferizi about wanting to make hijrah and wanting to show the kuffars.

Ferizi said the Salafi preacher at the Alexandria detention center has said that ISIS is not outside Islam just that they are too extreme. Ferizi indicated people who don't believe in God are considered "kuffar," because they don't believe in a higher power; however, Ferizi says he has many friends who do not believe in God or are Catholic. Ferizi believes humans should come first and then religion, which is like a community. Ferizi indicated he was never a religious person although he likes to believe in something higher than him.

Ferizi indicated he had worked with the Kosovo Police since he was approximately 15 years old and that he had been trained by them and would wear recording devices for them to record conversations with subjects in drug cases and other types of crimes. In one instance, Ferizi said he received death threats from the subjects. Ferizi was asked if he ever associated Th3Dir3ctorY with Usama Bin Laden or the Mujahideen Cyber Army. Ferizi stated that when Ferizi was 15 years old he would wear a recording device and go into the mosque for the Kosovo Police to identify al-Qa'ida supporters.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Record of Interview On 08/09/2016, Page 6 of 8

Ferizi provided the following names of his contacts within the Kosovo Police:

- ILIR GJORKY
- ARTAN HARAYA
- URAN HARAQIJA
- VISAR PACOHHI – Ferizi had discussed Visar in a previous session and noted Visar ran the Cyber Crime Division and that they did not get along.

Ferizi stated the Kosovo Police knew he would spy on the Imams, but they never knew Ferizi was spying on the Kosovo Police. The intelligence officers could get access to the ministry of affairs and other secure sites. Ferizi stated the Prime Minister of Kosovo doesn't have the access that Ferizi had and that he had access to the Kosovo government Intranet. Ferizi liked to go onto the Kosovo Police computers with RATs and turn on the camera and microphone and speak to them.

At 13 years old, Ferizi had warrants for his arrest from Serbia and Macedonia and the Kosovo Police took his passport. An intelligence officer told Ferizi that he had to take orders from the intelligence agency and that Ferizi couldn't have his passport. Ferizi said it was easy to report his passport stolen and get a new one.

Ferizi claimed to have hacked famous singers and models in Kosovo. Ferizi stated they would get upset but he found them attractive and they were models and Ferizi wanted to see them.

Ferizi said he didn't have any bitcoin. Ferizi agreed he has a bitcoin wallet and that he may have gotten about $10 for exploits. Ferizi said he can't recall if bitcoin was ever discussed with Hussain. Ferizi spoke with Hussain about offshore gateways or bank accounts. Ferizi spoke with Hussain about getting money to him and about how to open an offshore bank account, but Ferizi said it was not legitimate.

In regards to ANIKA MALIN, Ferizi said that her associates KRISTI BEGAJ and IGLI LNU are not associated with ISIS, but that they exploited Malin for money.

Ferizi was shown Facebook chats with Besfort about Paypal accounts. Ferizi referred to Besfort as his son. Ferizi didn't take money from any Paypal accounts. Ferizi believes that Besfort has much better stolen databases than samstores.com. Besfort likely is continuing to steal money from Amazon and Paypal accounts. Ferizi said that for himself, he was not a thief and never stole money from the bank accounts and Paypal

Record of Interview

On 08/09/2016 , Page 7 of 8

s that he found when running checkers and finding accounts with money. Ferizi said the security for Paypal is bad and there is a problem with the user agent string that can be exploited as a Paypal developer.

Ferizi stated that his Skype contact cyberhack.al is Besfort. Ferizi stated that is probably took Besfort 3 minutes to hack the samstores.com site.

) Ferizi was shown a Facebook chat with GRANIT ZEKA. Ferizi said Granit is a friend from Gjakove, Kosovo and that Ferizi sent a database to Granit to hold for him. Granit is a minor and law enforcement can't arrest him, so Ferizi used him to store Kosovo government database. Granit is a member of KHS.

KLIDI SHMILLI is an Albanian that Ferizi only knew of online. In the chat put in front of Ferizi, Klidi wanted to sell some shells. Ferizi and Klidi talked about h0rux.ru, which was run by BESFORT JUNIKU. In the chat session, Ferizi claimed to be running h0rux.ru. Ferizi said he had an account in the name of Jacob123 or Jacobjacob123 on h0rux.ru but he was not running it. Ferizi stated Goti was referenced in this chat and could be a brother of Besfort. Ferizi said that 3 or 5 of his friends were arrested in Kosovo for scamming related to toolshop.biz about a month before he was arrested in Malaysia.

Ferizi stated that QENDRIM DOBRUNA was extradited from Germany to the US in 2014. Ferizi stated Dobruna was a part of AHS Crew and albaniahackers.com, which was Ferizi's forum for Albanians to learn how to hack. Ferizi was speaking with Dobruna on his Th3Dir3ctory Facebook page. He said Dobruna received 15 years for stealing $14 million.

Ferizi was shown a chat session with ORLAND ZEQIRI, who Ferizi knows as KHS member Theta.nu. Ferizi said he and Zeqiri had a case together in the Kosovo court system.

) Ferizi was shown a Facebook chat session with BUTRINT KOMONI. Komoni had access to the samstores.com site administration but not the databases. Ferizi stated that his Skype contact Xcipiripi_ is likely Butrint Komoni.

Ferizi stated that he had 5,000 friends on his Th3Dir3ctory Facebook page and approximately 70,000 followers. Ferizi said there is a lot more information on Th3Dir3ctory Facebook page. Facebook disabled his Th3Dir3ctory account about two weeks before Ferizi was arrested.

MOHAMED ALSAYED MOHAMED IBRAHIM was the French

AF-011162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

foreign legion soldier in Libya who sent photographs of weapons to Ferizi. He sent Ferizi money for a fake diploma when Ferizi was 15 or 16 years old.

▉▉▉▉▉ Ferizi received about $1,000 from SITHIRAN SUNTHARALINGHAM when Ferizi was in Malaysia. Ferizi was asked if it was for selling an exploit and he said it was. Ferizi was asked if he sold a zero day and he said yes. Ferizi was asked if he got the zero day exploit from the zero day exploit vender he had compromised and he said yes. Ferizi said Sithrian was from Canada and wanted to hack his boss's website. Ferizi said he didn't sell zero days to anyone else.

▉▉▉▉▉ VLADIMIR EGOROVICTH CISELEW is a Russian who Ferizi sent money to for a fake passport. Ferizi didn't pay the full price of approximately $2,000, but said he sent about $200. Ferizi received a picture of the passport in return.

▉▉▉▉▉ Ferizi spoke about BACHDEV, a Vietnamese developer who Ferizi might have met on Skype. Ferizi knew bachdev was famous for developing site checkers. Ferizi wanted to know what new checkers bachdev had.

▉▉▉▉▉ Ferizi sometimes used Tor browser. Ferizi said he went to the Hitman page on the tor browser. Ferizi said the Hitman contracts were real. Ferizi said the script is real and verified. Ferizi said the killings happening in the US are real. Ferizi said you have professional assassins all of over the world.

▉▉▉▉▉ Ferizi was shown a Facebook conversation with QENA QENAJ. Ferizi was shown where Qenaj says he slaughtered two people and he might get 15 years in prison. Ferizi's message included to go get a letter from a doctor so Qenaj could get a letter saying he had some teenage problems in his brain. Ferizi said he may have just been messing around. Ferizi stated that Qenaj was arrested in Kosovo and he is a kid. Ferizi said that Qenaj is 13 and his brother is a drug addict. Ferizi could not recall if he gave the contact for Ferizi's doctor to Qenaj. Ferizi said if he wanted to pass information on Qenaj to the Kosovo Police, he would do it himself.