# EXHIBIT G

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

**FEDERAL BUREAU OF INVESTIGATION**

This redaction version only.

Date of entry   12/29/2020

    On 12/29/2020, writer unsuccessfully attempted to access six of Ardit Ferizi's email accounts. Ferizi gave consent to access the accounts in a proffer session on 8/4/2016, wherein he provided the following information.

**AUTHORIZATION TO ACCESS ACCOUNTS PROVIDED BY FERIZI ON 8/4/2016**

    Ferizi brought a sheet of paper that contained numerous usernames and password that Ferizi used online. Ferizi signed a consent to search form, with his defense counsel present, in which Ferizi gave consent to search all accounts listed on the paper provided by Ferizi. During the interview Ferizi gave verbal consent to try all of the accounts and password combinations with mega.co.nz to search his mega.co.nz accounts. Below is a list of accounts that were provided by Ferizi:

- ardit@ferizi.info (Hotmail)
- arditferizi95@gmail.com
- ardit.ferizi@outlook.com
- laymetal@hotmail.com
- thedirectory@info.al (Hotmail)
- phenix4ever@w.cn (Hotmail)
- arditferizi@hotmail.com
- ccpro@yahoo.com
- ardit_kullari_@hotmail.com
- aba.travel@live.com
- vita.travel@hotmail.com
- cyb3r-hell@hotmail.com
- r00t3r-tgh@hotmail.com

Investigation on  12/29/2020  at  Jacksonville, Florida, United States (, Other (Electronic))

File #                                                               Date drafted  12/29/2020

by Dustin Reid

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-000076

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of  Attempts to Access Ferizi's Email Accounts    , On  12/29/2020 , Page  2 of 4

The following are the passwords that Ferizi used with his accounts. Ferizi was unsure of which password would work with each account:



- 
- 
- 
- 
- 
- 

**FBI REVIEW OF CONTENT OF GMAIL ACCOUNT IN 2016**

On or about 08/29/2016, the FBI accessed the arditferizi95@gmail.com account using password ' ███████████ ' and by successfully responding to the recovery question, which was the secondary e-mail address listed on the account, arditferizi@hotmail.com.

**ACTIVITY ON 12/29/2020**

On 12/29/2020, writer received approval from Assistant United States Attorney Danya Atiyeh of the Eastern District of Virginia to attempt to access the email accounts provided by Ferizi for which he had given consent on 08/04/2016 for the FBI to access during a proffer session.

On 12/29/2020, writer attempted to access the following accounts belonging to Ferizi using the above-provided passwords from Ferizi, but was unsuccessful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of  Attempts to Access Ferizi's Email Accounts ,On 12/29/2020 ,Page 3 of 4

- arditferizi95@gmail.com
- lajmetal@hotmail.com
- r00t3r-tgh@hotmail.com
- thedirectory@info.al (Hotmail)
- ardit_kulleri_@hotmail.com
- arditferizi@hotmail.com

Writer noted that the password 'v█████████' had been changed for the account arditferizi95@gmail.com. Writer noted that the recovery email address "arditferizi@hotmail.com" had also been changed for the account. Screen captures are partially displayed below and enclosed to this communication regarding the changes which removed the FBI's access to the account.



Writer observed that the below four email accounts belonging to Ferizi had a Protonmail email account listed as a backup email account. Protonmail

AF-000078

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Continuation of FD-302 of  Attempts to Access Ferizi's Email Accounts  ,On 12/29/2020 ,Page 4 of 4

is an encrypted e-mail service often used by hackers. Ferizi never advised the FBI that he had a Protonmail account. Screen captures are enclosed to this communication regarding the Protonmail email account listed as a backup for the below-listed four email accounts belonging to Ferizi:

- lajmetal@hotmail.com
- r00t3r-tgh@hotmail.com
- thedirectory@info.al (Hotmail)
- ardit_kulleri_@hotmail.com

A screen capture of the Protonmail recovery email account is displayed herein:

> **Microsoft**
>
> **We need to verify your identity**
>
> How would you like to get your security code?
>
> ○ Email r0\*\*\*\*@hotmail.com
> ○ Email ar\*\*\*\*@protonmail.com
>
> I don't have any of these
>
> [Cancel]   [Next]

Additional collection is enclosed to this communication.

AF-000079

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER