# EXHIBIT H

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

This redaction version only

**Title:** Document Case's Placement in Pending Inactive Status     **Date:** 05/04/2017

**CC:** Dustin Reid

**From:** JACKSONVILLE
    **Contact:**

**Approved By:**

**Drafted By:** Daniel R. Moxley

**Case ID #:**     FERIZI, ARDIT; ISLAMIC STATE; ISIS CYBER OPERATIONS

**Synopsis:** To document the case's placement in a pending inactive status based upon the successful arrest, transfer to the United States, and sentencing of Ardit Ferizi.



**Full Investigation Initiated:** 07/10/2015

**Details:**

On 14 September 2015, Islamic State of Iraq and the Levant (ISIL) hacker Ardit Ferizi was arrested by Malaysian authorities attempting to travel to Kosovo.

AF-000097

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ███████ Document Case's Placement in Pending Inactive Status
Re: ████████████, 05/04/2017

███████ The FBI worked closely with Malaysian officials regarding the extradition of Ferizi to the United States. In December 2015, Ferizi voluntarily waived his rights to the extradition process and voiced his desire to come to the United States to face charges. On 20 January 2016, Ferizi was transferred from Malaysia to the United States aboard an FBI aircraft via the Foreign Transfer of Custody (FTOC) process.

███ On 23 September 2016, Ferizi was sentenced to 20 years in prison for providing material support to ISIL and accessing a protected computer without authorization and obtaining information in order to provide material support to ISIL.

███████ Based upon Ferizi's arrest and sentencing, this case will be placed in a pending inactive status until the FBI confirms all remaining evidence and other case information is appropriately handled and provided to foreign partners. After confirmation, FBI Jacksonville deems all logical investigation has been completed and will consider this matter to be closed.

♦♦

2

AF-000098

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER