# EXHIBIT I

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

DECLASSIFIED BY NSICG F14M26K2
ON 04-20-2021
This redaction version only

FD-1036 (Rev. 10-16-2009)

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** FD-71A                                    **Date:** 01/16/2018

**Title:** Nexus to Terrorism

**Approved By:**

**Drafted By:** SNOCK STANLEY R JR

**Case ID #:**                                           FERIZI, ARDIT;
                                                         ISLAMIC STATE;
                                                         ISIS CYBER OPERATIONS

**Synopsis:**    DOCUMENT SYNOPSIS CREATED ON 01-16-2018 03:11 PM--SEE
                                FOR CURRENT ASSESSMENT
On December 27, 2017, inmate Jasper Knabb, Reg. No. 16044-111, placed a phone call to Jennifer Porter at             . During the conversation, Porter indicated she sent off those emails, Knabb interrupted Porter and informed her that she needed to call John (Knabb's attorney) and set up a legal call. Knabb stated to Porter that he was using the prison phone system under Title 18 US, section 4, and stated it was called a misprison felony [deliberate concealment of one's knowledge of a treasonable act or a felony] to report an incident. Knabb assured her that he and Porter would not be involved in any business with Ardit Ferizi, (Ardit Ferizi, Reg. No. 89453-083) using any money from terrorism or child pornography. Knabb told Porter that he (Ferizi) confessed to him yesterday, where his (Ferizi) money came from. Knabb told Porter that Ferizi confessed to him that he was cashing out from his crimes and using his family members to do it.

Knabb instructed Porter to gather any of the emails from Ferizi's brother, and report it to John immediately. Knabb told Porter if they were to touch any of the money from Ferizi, they would be involved in a criminal conspiracy with Ferizi.

Knabb told Porter that Ferizi said something yesterday that did not add up and he questioned Ferizi about it and Ferizi "came clean." Knabb told Porter that he then told Ferizi that he needed some time off and has not spoken to him since.

Porter told Knabb that she wished she had known this information before she sent the email to Ferizi's brother. Knabb reassured her

AF-000089

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▆ Nexus to Terrorism
Re: ▆▆▆▆▆▆, 01/16/2018

they have done nothing wrong and this Title 18 section protects them as long as they report the incident.

Knabb went on to tell Porter that Ferizi confessed to many things during their conversation and determined that Ferizi thinks he pulled one over on the US Government. Knabb said that Ferizi was absolutely going to transfer money to him (for business opportunities) and if that were to have occurred, he would have been unknowingly involved in a conspiracy with Ferizi.

Knabb told Porter that once he tells John (attorney) about the incident, he was certain John would be required to report it to someone in Alexandria, Virginia. Knabb said that Ferizi has hurt many people and his brother traveled to at last three or four countries liquidating everything as fast as he could. Knabb told Porter that he has seen Ferizi's account and knows that Ferizi has the money.

Knabb once again asked Porter to let John (attorney) know that he needed to talk to him immediately because he wanted to make sure the phone call was sufficient for reporting the incident. Knabb said this kid (Ferizi) confessed to everything and is directing a major felony right now, and when the government figures out what he is doing, they are going after his whole family.

Porter told Knabb that she was going to block Ferizi's brother from her email and Knabb told Porter to discuss that with Joh first, in case they needed the line of communication to remain open.

Knabb then asked Porter to also contact another attorney named Sam Poole, and have him schedule a legal call with Knabb to discuss the issue, because Poole might want to let someone from the State Department know, because it involved terrorism.

**Enclosure(s):** Enclosed are the following items:
1. ▆
2. ▆
3. ▆
4. ▆
5. ▆
6. ▆

2

AF-000090

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▮ Nexus to Terrorism
Re: ▮▮▮▮▮▮▮▮, 01/16/2018

◆◆

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER