# EXHIBIT J

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-1057 (Rev. 5-8-10)
This redaction version only.



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▮ Document Creation of BOP Records Taint Team  **Date:** 01/29/2018

**From:** JACKSONVILLE
    **Contact:** Dustin Reid, ▮

**Approved By:** ▮

**Drafted By:** Dustin Reid

**Case ID #:** ▮  ▮ FERIZI, ARDIT;
    ISLAMIC STATE;
    ISIS CYBER OPERATIONS

**Synopsis:** ▮ Document Creation of BOP Records Taint Team

▮

**Details:**

▮ On 1/18/2018, a taint team was created for a review of two Bureau of Prisons (BOP) compact discs (CD's) of files including email, mail, and phone calls by Ardit Ferizi, who is serving a 20 year sentence. The following information was provided regarding the files from BOP.

- BOP considers all inmate communication over email or on an open phone non-legal
- Inmates set up legal calls over a unmonitored/non-recorded line.
- All inmate email and calls on the open line are considered non-legal.
- If an inmate's attorney sends in postal mail to a BOP inmate and it is not identified properly on the envelope it is also considered social mail and the BOP reads it.
-  ▮

Title:          Document Creation of BOP Records Taint Team
Re:             ▮▮▮▮▮▮▮, 01/29/2018

- No inmate email is privileged.
- If the inmate uses the normal phone line and does not set up a phone/visit with the attorney on unmonitored phone it is not considered privileged by BOP.

▮▮▮▮ Due to the above information, all of the files provided from BOP to FBI are not considered to be privileged by BOP. However, during a review of the provided files, one file was found to display what appeared to be a letter to or from the subject's attorney according to the address on the outside of the letter. The file was not further reviewed and the review of all of the files ceased.

▮▮▮▮ The Jacksonville Division ADC was contacted on 12/21/2017 and advised of the events. A taint team was establish to review all of the files to determine if other files may be communications between the subject and his attorney.

♦♦

2