# EXHIBIT K

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

This redaction version only

**Title:** ▮ Request Inmate Interview          **Date:** 01/23/2018

**From:** JACKSONVILLE
      **Contact:** Dustin Reid, ▮

**Approved By:** ▮

**Drafted By:** Dustin Reid

**Case ID #:** ▮     ▮ FERIZI, ARDIT;
      ISLAMIC STATE;
      ISIS CYBER OPERATIONS

**Synopsis:** ▮ Request Inmate Interview

▮

**Reference:** ▮

**Details:**

▮ FBI Jacksonville is requesting that FBI Indianapolis interview Terre Haute inmate and former FBI ▮ subject Jasper Knabb ▮ ▮. On 1/16/2018, FBI Jacksonville received information regarding Terre Haute inmate Jasper Knabb who appears to describe ongoing criminal activity involving the captioned subject Ardit Ferizi ▮ who is also an inmate at Terre Haute.

▮ Ferizi is serving 20 years for material support and intrusion charges regarding his role in the release of an Islamic State kill

▮

AF-000108

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title:      Request Inmate Interview
Re:                   01/23/2018

list. Ferizi used the hacker handle Th3Dir3ctorY and was the leader of a group named Kosovo Hacker's Security (KHS). KHS's experience included SQL injection attacks and theft of client databases paired with checkers in order to steal money from victims.

The following information was provided to Jacksonville in the referenced serial via FD-71.

On December 27, 2017, inmate Jasper Knabb, Reg. No.           , placed a phone call to Jennifer Porter at           . During the conversation, Porter indicated she sent off those emails, Knabb interrupted Porter and informed her that she needed to call John (Knabb's attorney) and set up a legal call. Knabb stated to Porter that he was using the prison phone system under Title 18 US, section 4, and stated it was called a misprison felony [deliberate concealment of one's knowledge of a treasonable act or a felony] to report an incident. Knabb assured her that he and Porter would not be involved in any business with Ardit Ferizi, (Ardit Ferizi, Reg. No. 89453-083) using any money from terrorism or child pornography. Knabb told Porter that he (Ferizi) confessed to him yesterday, where his (Ferizi) money came from. Knabb told Porter that Ferizi confessed to him that he was cashing out from his crimes and using his family members to do it.

Knabb instructed Porter to gather any of the emails from Ferizi's brother, and report it to John immediately. Knabb told Porter if they were to touch any of the money from Ferizi, they would be involved in a criminal conspiracy with Ferizi.

Knabb told Porter that Ferizi said something yesterday that did not



2

AF-000109

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▮ Request Inmate Interview
Re: ▮▮▮▮▮, 01/23/2018

add up and he questioned Ferizi about it and Ferizi "came clean." Knabb told Porter that he then told Ferizi that he needed some time off and has not spoken to him since.

Porter told Knabb that she wished she had known this information before she sent the email to Ferizi's brother. Knabb reassured her they have done nothing wrong and this Title 18 section protects them as long as they report the incident.

Knabb went on to tell Porter that Ferizi confessed to many things during their conversation and determined that Ferizi thinks he pulled one over on the US Government. Knabb said that Ferizi was absolutely going to transfer money to him (for business opportunities) and if that were to have occurred, he would have been unknowingly involved in a conspiracy with Ferizi.

Knabb told Porter that once he tells John (attorney) about the incident, he was certain John would be required to report it to someone in Alexandria, Virginia. Knabb said that Ferizi has hurt many people and his brother traveled to at last three or four countries liquidating everything as fast as he could. Knabb told Porter that he has seen Ferizi's account and knows that Ferizi has the money.

Knabb once again asked Porter to let John (attorney) know that he needed to talk to him immediately because he wanted to make sure the phone call was sufficient for reporting the incident. Knabb said this kid (Ferizi) confessed to everything and is directing a major felony right now, and when the government figures out what he is doing, they are going after his whole family.

Porter told Knabb that she was going to block Ferizi's brother from her email and Knabb told Porter to discuss that with Joh first, in case they needed the line of communication to remain open.

Knabb then asked Porter to also contact another attorney named Sam Poole, and have him schedule a legal call with Knabb to discuss the

AF-000110

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▮ Request Inmate Interview
Re: ▮▮▮▮▮▮, 01/23/2018

issue, because Poole might want to let someone from the State Department know, because it involved terrorism.

---

▮▮▮ Information ▮▮▮▮▮▮▮, which reported the above information from BOP also included the below:

Name: Jasper Knabb

DOB: ▮▮▮▮

Federal Inmate Reg. No: ▮▮▮▮

Serving: 253 month sentence, 5 years supervised release for Conspiracy to Commit Securities Fraud, Securities Fraud, and Falsifying Books, Records, and Accounts

Locations: (U) Federal Correctional Institution FCI Terre Haute - THA CMU (812-244-4400)
Government
4700 Bureau Rd. South
Terre Haute, Indiana 47802
United States
39.4128, -87.4512

4

AF-000111

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▮ Request Inmate Interview
Re: ▮▮▮▮, 01/23/2018

(SBU) ▮▮▮▮

```
Date:   12/28/2017
Time:   09:33 AM
                        Federal Bureau of Prisons
                                ▮▮▮▮
                        Global Inmate Report
                        ▮▮▮▮

Demographics                            Custody
        Reg#: ▮▮▮
    Last Name: KNABB            Security: LOW
    First Name: JASPER          Custody Level: IN
          Sex: MALE             Care Level:
Date of Birth: ▮▮▮              Proj. Rls Date: 10/18/2030
       Height: 6' 0"            Proj. Rls method: GOOD CONDUCT
       Weight: 175                                TIME RELEASE
   Hair Color: BLACK            PSF1: SENT LGTH
    Eye Color: BROWN            PSF2:
         Race: WHITE            PSF3:
    Ethnicity: OTHER THAN HISP
                                Last Payroll Posted
```

▮▮▮ Of note, Knabb's associate Jennifer Porter may reside at ▮▮▮▮.

▮▮▮ For any questions regarding this request, please contact SA Dustin Reid ▮▮▮▮.

◆◆

▮▮▮▮

5

AF-000112

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER