# EXHIBIT L

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

This redaction version only

**Title:** ▇▇▇ Review of Prison Emails  **Date:** 06/20/2018

**From:** JACKSONVILLE
  **Contact:** Dustin Reid, ▇▇▇

**Approved By:** ▇▇▇

**Drafted By:** Dustin Reid

**Case ID #:** ▇▇▇   ▇▇ FERIZI, ARDIT;
                ISLAMIC STATE;
                ISIS CYBER OPERATIONS

**Synopsis:** ▇▇▇ Review of Prison Emails

▇▇▇

**Details:**

▇▇▇ On 6/20/2018, the initial review of prison emails sent and received by Ardit Ferizi was completed. The emails were provided by the Bureau of Prisons (BOP) and are considered by BOP to not contain any potentially attorney client privilege information because BOP has a separate system in place for a prisoner to make contact with their attorneys. In an abundance of caution, the case agent established a taint team to review the BOP documents and apply redactions for any communications to or from Ferizi's attorney even though if present, they would have be completed on the wrong BOP system. In the BOP document reviewed by this communication, redactions were applied by the FBI taint team prior to the case agent review.

▇▇▇ The reviewed document from BOP contained emails to and from Ferizi for the date range of 6/8/2017 to 11/30/2017. Approximately 43

AF-000127

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ███████ Review of Prison Emails
Re: ███████ 06/20/2018

emails were of investigative interest or required translation to determine the level of investigative interest. The following information was noted:

1. Ferizi's contact with Jen Porter, ███████, is suspicious due to Ferizi's interest in her use of SQL databases. This may represent Ferizi attempting to gain access to client databases from prison for criminal activity. Jen Porter's request for Ferizi to add a John Markham is also of investigative interest.

2. Ferizi said that "Eribert knows alot of them" in reference to teams attacking U.S. government websites.

3. Ferizi may have used Skype to contact his family. It is not known if Skype is an approved method for inmate's at Terre haute to communicate with family but it may indicate Ferizi is not using approved methods of communication.

4. Ferizi appears to have made inquiries about obtaining a virtual phone number with orders@dipvtel.com which is likely not permitted by BOP.

5. Ferizi asked his brother Leandrit to find information that may be helpful to the FBI on several occasions.

6. Ferizi asked his brother Leandrit to keep Ferizi's email access alive and not expiring for unknown purposes.

7. Ferizi made the statement "I used to be a big supporter of Tekfiri groups like ISIS , AL-QAEDA etc , now i renounce all and support religious freedom for all" to info@islamandrf.org.

███████ Open source checks for ███████ identified the following:

2

AF-000128

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER