# EXHIBIT M

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FD-1057 (Rev. 5-8-10)

This redaction version only

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▮ Review of Prison Phone Calls     **Date:** 10/03/2018

**From:** JACKSONVILLE
    **Contact:** ▮

**Approved By:** ▮

**Drafted By:** Hudson DeVoe
                 Dustin Reid

**Case ID #:** ▮     ▮ FERIZI, ARDIT;
                              ISLAMIC STATE;
                              ISIS CYBER OPERATIONS

**Synopsis:** ▮ Review of Prison Phone Calls

**Details:**

▮ On 8/14/2018, a review of prison phone calls conducted by Ardit Ferizi was completed. Translated transcripts of the phone calls were provided by the Bureau of Prisons (BOP) and are considered by BOP to not contain any potentially attorney client privilege information because BOP has a separate system in place for a prisoner to make contact with their attorneys. In an abundance of caution, the case agent established a taint team to review the BOP documents and apply redactions for any communications to or from Ferizi's attorney even though if present, they would have been completed on the wrong BOP system. In the BOP documents reviewed by this communication, the FBI taint team reviewed the documents prior to the writer review.

▮ The reviewed documents from BOP contained the translated transcripts of phone calls conducted by Ferizi for the date range of January through April 2018. The following information was noted.

AF-000092

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title: ▉▉▉▉  Review of Prison Phone Calls
Re: ▉▉▉▉▉▉, 10/03/2018

▉▉▉▉ On 01/05/2018, Ferizi participated in a phone call with a male Ferizi referred to as 'Leandro'. During the phone call, Ferizi questioned Leandro "Hey, do you remember we talked about creating a social network for the dead?" Later, Ferizi stated "I know where the Albanians are' before asking 'This Altenen, is it still open?" Ferizi claimed that Altenen user 'Sekan Doli' might be able to assist Leandro in the creation of Leandro and Ferizi's "social network for the dead".

▉▉▉▉ On 01/15/2018, Ferizi participated in a phone call with Leandro, an unidentified female, and and unidentified male. During the conversation, Leandro stated "Ardit, the things you proposed, I bought an interesting domain." Leandro claimed that he bought the domain 'soulsyard.com'. Ferizi responded "Thats good. But you know what, the Book of Soul is better, Book of Soul."

▉▉▉▉ On 02/08/2018, Ferizi participated in a phone call with Leandro and an unidentified male. During the conversation, Ferizi stated "Yes, yes, there is a website called 'cardingforum.ru'. Was somebody arrested there? Check a person on Google. His name is Drilon Alla. If they have arrested him." Ferizi claimed that Drilon Alla lived in Ohrid, Macedonia. Leandro replied that he could find no news regarding Drilon Alla. Ferizi then stated "In 2016, the Kosovo Police has arrested someone from Peja, in July, or September. He had a website, that wanted to publish some information about ISIS. Can you check who it was?" After researching the event, Leandro stated that the individual in question was 'Nebi Kadriu'. Ferizi replied "Yes. No, but wait, this is another news." Later, Leandro stated "the Americans have arrested Infraud in Prague," claiming the site in question was infraud.cc. After Ferizi asked if the owner of the site was from Kosovo, Leandro replied that the owner was not from Kosovo but that two members, 'Liridon Musliu' and 'Besart', were from Kosovo. Ferizi asked if the Besart in question was Besart Bekija or Besart Veliu, but Leandro replied that the member's full name was ▉▉▉▉. Later, Leandro stated "Besart was known as 'pizza', while Liridon was nicknamed 'hulk'. Ferizi replied "Liridon Musliu. This name sounds familiar. Get some information about Liridon Musliu, maybe I can go against him in the court in America."

▉▉▉▉ On 02/12/2018, Ferizi participated in a phone call with two unidentified females and 'Landrit'. During the conversation, Ferizi stated to Landrit "Talk to me about what we talked before", to which Landrit replied "Alright. I will mention the names of the arrested people during 2016 and 2017 with terrorism charges in Kosovo." Landrit stated "I have made a list of the Albanians" before listing the following: "Luftar Zisi, Neritan Brena, Bujar Brahimi, Burim Istrefi, Sinan Plaka, Rustem Vejoda, Liridon Musliu, Lulzim Gashi, Artan Ahmeti, Argjend Sharku,

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Title:         Review of Prison Phone Calls
Re:                      , 10/03/2018

Besart Keci, Nexhet Shkreta, Leofrim Shyta, Arber Krasniqi, [UI-mumbles], Arianit Metallaj, and ███████. I need to check for other names." Later, Ferizi stated "Landrit, check on the computer for the name Bekim Shala." Landrit replied that there was no news regarding Bekim Shala. Ferizi then asked Landrit to access sites teuhid.net and jihadeulogy.net. Landrit stated that site teuhid.net was not accessible and that the last activity on jihadeulogy.net occurred on 02/12/2014. Later, Ferizi questioned "What about one guy by the name Memishi. Was he arrested?" Ferizi confirmed that he was referring to 'Rexhep Memishi', and Landrit replied that Memishi was arrested on 08/06/2015.

On 02/22/2018, Ferizi participated in a phone call with an unidentified male, two unidentified females, and a male Ferizi identified as Landrit. During the conversation, Ferizi requested for Landrit to search on the internet for an individual in Malaysia named 'Ferid Al Awlaki' *(Note: name also spelled 'Ferid Al Owlaki')*. Later, Ferizi asked "Has there been any new arresting there in Kosovo or in Albania or not?" An unidentified male replied "Yes, we have told you: Aldo Ymeraj." Ferizi then asked if anyone else had been arrested. Ferizi then stated "You haven't been able to open any of the emails, right?" When the unidentified male confirmed that they were having issues opening Ferizi's emails, Ferizi replied "If you want to, you can even contact FBI on my behalf and tell them that there is this problem but never mind!"

On 02/26/2018, Ferizi participated in a phone call with an unidentified female and a male Ferizi referred to as 'Lano' (likely Leandro). During the conversation, Leandro stated "we have been able to open your email" and "there were some emails (that) were deleted. Some from a long time, say a month or so were deleted." Later, Leandro claimed "even in the accounts that we were able to enter, we saw that someone has accessed them... it is shown to the news that it has been someone or something like AClub or Thunderbird or something else has taken all your data." Leandro and the unidentified female claimed that Ferizi's email account had received emails from the Czech Republic, had an unsuccessful sign-in on February 19th, and had been successfully accessed from the United States and Ireland. Leandro later stated "Whatever contacts you might have had, all the contacts are deleted." Ferizi then questioned Leandro regarding Ferid Al Awlaki. Leandro replied that Leandro had been unable to locate any information regarding Ferid Al Awlaki. Ferizi asked "Landrit, what about those other names that I have you, back in Kosovo. Has the FBI listed any names? Do you remember how they used to do it?" Ferizi then stated "Because that special agent, listen to me, you can call him and you say 'Hello' and then you may ask him: 'Can some CI, Confidential Informer go to Kosovo? What can you do? Because this guy can come and collect evidences and all? Or some other prisoner that is with him can make a phone call? Or can he plead guilty or something that will help collecting

3

```
Title:          Review of Prison Phone Calls
Re:                    , 10/03/2018
```

evidences." Ferizi then encouraged Leandro to gather information regarding Albanian hacking activity and PII theft.

On 04/12/2018, Ferizi participated in a phone call with Leandro. During the conversation, Ferizi stated "You can find information for hackers from Iran, or Russia, you understand, there are famous hackers there that you can find, and forward their information to the FBI." Ferizi then stated "there are many hackers from Iran, from Iran Revolutionary Guards" and "I don't know, there are just some hackers, man, just communicate with them, basic stuff, making questions, aiming to find whoever did something against America, Israel, or some Western State, and just take screenshots, and you can forward to the agents, and say 'Look, we have found this.'" Ferizi also suggested that Leandro access site hackernews.com to identify hacking communities and the usernames and web sites used by said hackers. Later, Ferizi stated "Landrit, there is a website called jihadeulogy.com they post terrorist videos. But listen to me now... Listen to me now. Get this, and search who posts the same videos, and if it is hosted in America. You understand? Who is the one that is posting those videos? There are people that take those videos."

On 04/16/2018, Ferizi participated in a phone call with an unidentified female and a male referred to as 'Landrit'. During the conversation, the unidentified female and Landrit spoke with Ferizi regarding users on the forum "adstenen {sp?}" *(Note: this forum is likely the forum Altenen)*. The Altenen users referenced are 'Survival', 'Sector AI', and 'Security Kid'. Later, Ferizi stated "In America, now they are interested mostly in capturing Iranian hackers, and Russian hackers. These are the two most important right now in America. If we could find, there are big hackers, Russian and Iranians. There is a group High Hitch {sp?] makng their applications, they are very connected to Iran, and there are many other groups, which are groups of hackers, Iranians, and Russians."

On 04/19/2018, Ferizi participated in a phone call with an unidentified male. During the conversation, the unidentified male stated "That i10 [sp?] forum, I am checking, who is Albanian from those people" before listing the following usernames: 'xuxi', 'wilkansss', 'Samir Topalli', 'Fadri Karderr', 'Resha', 'Kujtaze', 'Jigsawss', 'Gjeti', 'Gashi123', 'Fati123', 'Fitim', 'Erjon19ff', 'Aluftim', 'Albos', 'Alboman', 'Ajdo Haxhia', 'Survival4al', and 'Qendrim Caka'. Ferizi encourages the unidentified male to further investigate Kosovo hacking activity with a focus on identifying the sale of PII belonging to United States government employees. Ferizi encourages the unidentified male to report any findings to the FBI. Later, Ferizi states "There is a website but I forgot, there are also Iranians... It is call IT Sec Team. They have created an application called

AF-000095

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



```
Title:            Review of Prison Phone Calls
Re:                      , 10/03/2018
```

Havij, HAVIJ... The group that created it is called IT Sec Team. They are connected to Iranian hackers." Ferizi also stated "Check, there us to be another forum related to this. It was called islamicfocum.com. Check on Google. They had made a Nashid [sp?] it was called. It was made from Bin Laden, and them... if you could find who they are, and forward their info to the FBI, they are terrible, man."

◆◆

5

AF-000096

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER