# EXHIBIT V

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

FILED: December 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7830
(1:16-cr-00042-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

ARDIT FERIZI, a/k/a Th3Dir3ctorY

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the government's motion to stay release, the court denies the motion.

Judge Wynn and Judge Thacker voted to deny the motion. Judge King voted to grant the motion.

For the Court

/s/ Patricia S. Connor, Clerk