# EXHIBIT X

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

DECLASSIFIED BY NSICG F14N26K02
ON 04-20-2021

FD-302 (Rev. 5-8-10)

- 1 of 1 -

# FEDERAL BUREAU OF INVESTIGATION

This redaction version only.

Date of entry   12/29/2020

On December 28, 2020, Special Agent JOANN DOWELL contacted Federal Correctional Institution Terre Haute Special Investigative Agent (SIA) JAMIE BAKER regarding retired Correctional Officer GREGORY BRUMMETT. SIA BAKER stated BRUMMETT had been accused by inmate JASPER KNABB of bringing a cell phone to inmate ARDIT FERIZI while he was in the Communications Management Unit. SIA BAKER stated he looked into the allegations and searched BRUMMETT on several occasions but found no evidence that he had brought a cell phone into the prison.

| | | |
|---|---|---|
| Investigation on | 12/28/2020 at | Terre Haute, Indiana, United States (Phone) |
| File # | | Date drafted  12/28/2020 |
| by | LINDGREN RYAN ERIK, Joann Dowell | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-000072

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER