# EXHIBIT Y

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

DECLASSIFIED BY: NSICG F14N26K92
ON 04-20-2021

FD-302 (Rev. 5-8-10)

- 1 of 2 -

# FEDERAL BUREAU OF INVESTIGATION

This redaction version only

Date of entry    12/29/2020

On December 28, 2020, GREGORY BRUMMETT, date of birth ▮▮▮▮▮▮▮▮▮▮, social security account number ▮▮▮▮▮, home address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, telephone number ▮▮▮▮▮, retired Correctional Officer at Federal Correctional Complex Terre Haute (FCCTH), was interviewed at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮ by Special Agent (SA) RYAN LINDGREN and SA JOANN DOWELL. After being advised of the identity of the interviewing Agents and the nature of the interview, BRUMMETT provided the following information:

BRUMMETT recently retired from FCCTH after 21 years. He worked in the Communications Management Unit (CMU) from 2016 to approximately six to nine months before his retirement. BRUMMETT interacted with ARDIT FERIZI regularly when he worked in the CMU. BRUMMETT asked FERIZI how he had so much knowledge about computers and FERIZI told him he was taught about computers at a young age. FERIZI also told BRUMMETT he would do anything to get out of prison and that he and his lawyer were trying to get him out. BRUMMETT did not have any problems with FERIZI while he was in the CMU.

FERIZI would not pray with the other Muslims in the CMU, which caused the other Muslims not to care for him. FERIZI had an argument with one of the top Muslims in the CMU because he wanted FERIZI to be more involved with the other Muslims. BRUMMETT believed FERIZI did not want to be seen associating with the other Muslims because he was afraid it would ruin his chances of being released early from prison. BRUMMETT was not aware of any illegal activities being conducted by FERIZI while he was in the CMU and was not sure if FERIZI was allowed on any computers.

BRUMMETT stated FERIZI associated with former Secret Service Agent ▮▮▮▮▮▮▮▮, inmate JASPER KNABB, and possibly inmate RODNEY HAMRICK. When FERIZI first arrived at the CMU, he associated with inmate ▮▮▮▮▮▮

| | |
|---|---|
| Investigation on 12/28/2020 at | Farmersburg, Indiana, United States (In Person) |
| File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Date drafted 12/28/2020 |
| by LINDGREN RYAN ERIK, Joann Dowell | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AF-000073

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

▮, who led the Muslim prayers and acted as a judge for the Muslims in the CMU due to his knowledge of the Quran. As time went on, he stopped associating with ▮. FERIZI also played basketball with a short, white male who was new to the CMU but BRUMMETT could not remember his name.

BRUMMETT did not see FERIZI with a cell phone and had no knowledge of FERIZI ever having a cell phone while at the CMU. He had heard rumors that there was a cell phone floating around the CMU but never saw one. Inmate JASPER KNABB was angry at BRUMMETT for some reason and told prison investigators that BRUMMETT was bringing in a cell phone to FERIZI. He believed KNABB said this to make himself look good. BRUMMETT said he was investigated by Special Investigative Service technicians and they did not find any evidence that he was brining in a cell phone.