# EXHIBIT Z

**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**



Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 500-9994
hanni@mlf-llp.com

November 15, 2021                                                                 <u>Via E-Mail</u>

William Frentzen
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94612
William.Frentzen@usdoj.gov

**RE:** <u>**Supplemental discovery request in *United States v. Ferizi*, 3:21-CR-00027-WHA**</u>

Mr. Frentzen,

Pursuant to the Fifth Amendment of the U.S. Constitution, *Brady v. Maryland*, 373 U.S. 83 (1963), *Roviaro v. United States*, 353 U.S. 53 (1957), *Giglio v. United States*, 405 U.S. 150 (1972), 18 U.S.C. § 3500 (the Jencks Act), Federal Rules of Criminal Procedure 16 and 16.1, and California Rule of Professional Conduct 3.8, I write to request the following additional items of discovery.

1. Audio/video recordings of Mr. Ferizi's proffer sessions in 2016 with prosecutors and the FBI in the Eastern District of Virginia, all of which were recorded; *see* AF-011111, AF-011120, AF-011131, AF-011132, AF-011141, AF-011150, AF-011156;

2. A copy of the "consent to search" form signed by Mr. Ferizi on August 4, 2016, authorizing the FBI to search his online accounts; *see* AF-011147;

3. All 302s, reports, memorandums, correspondence, handwritten notes, audio/video recordings and any other records concerning and/or memorializing,

    a. Mr. Ferizi's 2018 debriefs with the FBI at USP Terre Haute;

    b. the BOP's investigation into the alleged smuggling of a cell phone into USP Terre Haute; *see* AF-0000072;

    c. the investigation into Besfort Juniku; *see* AF-011161-62, AF-011129, AF-011134-36; Complaint at ¶¶ 66-67;

    d. Mr. Ferizi's loss of e-mail privileges in the BOP in December 2017; *see* Complaint at ¶ 34; and

    e. the FBI's April 2020 interview with V1; *see* Complaint at ¶ 67;

4. All agent handwritten notes taken during interviews with

    a. Mr. Ferizi in 2016, 2018 and 2020;

    b. Jasper Knabb in 2018 and 2020; *see* AF-000108, AF-000062;

    c. Jennifer Porter in 2020; *see* AF-0000049; AF-0000051;

    d. John Markham in 2020; *see* AF-0000082;

    e. BOP employees Jamie Baker (AF-0000072) and Gregory Brummet (AF-0000078); and

    f. Alleged victims including Stabler (AF-000055), Brandt (AF-0000057), Vitti (AF-0000059), Ran (AF-0000067), Narimatsu (AF-0000083), Devarakonda (AF-0000080), Wong (AF-0000084), Graftsrom (AF-0000085), and Tschang (AF-0000087);

5. Copies of all search warrants, affidavits, receipts, as well as any reports, memorandums or handwritten notes concerning search warrants issued to

    a. Facebook, Google and Microsoft in 2020 and 2021; *see* AF-006326-011108; AF-011164-018063; AF-018065-AF-020719; AF-020720-036900; and

    b. Facebook in 2018 from the Middle District of Florida; *see* Complaint at ¶ 66;

6. All 302s, handwritten notes, audio/video recordings and any other records concerning and/or memorializing Mr. Ferizi's conversation with "one more group," as well as any other "groups," "guys" or anyone else from the government on December 30, 2020; *see* AF-018064 at 15:30-15:45;

7. All reports, correspondence, emails, text messages, and handwritten notes concerning the U.S. Attorney's Office for the Eastern District of Virginia authorizing the FBI to access Mr. Ferizi's email and other online accounts on December 29, 2020; *see* AF-0000077;

8. Copies of all reports, memorandums, and correspondence, whether typed or handwritten, between the U.S. Department of Justice's Computer Crime and Intellectual Property Section, U.S. Attorney's Offices for the Northern District of California, the Eastern District of Virginia, the Middle District of Florida, and the Southern District of Indiana, and FBI field offices in San Francisco, Washington, Jacksonville, and Indianapolis, concerning

    a. Mr. Ferizi's compassionate release request in the Eastern District of Virginia;

    b. the government's efforts to abide by the Court order requiring Mr. Ferizi "be promptly deported to Kosovo" following the completion of his 14 day BOP



US v. Ferizi, 3:21-CR-00027-WHA
Supplemental Discovery Request
November 15, 2021

    quarantine; *see United States v. Ferizi*, E.D.V.A. 1:16-CR-00042-LMB, Dkt. 105, Order Granting Renewed Motion for Compassionate Release at 9; and

c. the investigation, arrest, and prosecution of Mr. Ferizi in the Northern District of California in this case; this request includes, but is not limited to, a copy of any prosecution memorandum prepared by the Department of Justice, any U.S. Attorney's Office, the FBI, or any other law enforcement agency connected with this investigation.

Please respond in writing to these requests by November 30, 2021, indicating whether you have the item requested, plan to produce them, and when you anticipate production. Don't hesitate to email or call if you have any questions concerning these requests.

                                                   Sincerely,

                                                 Hanni M. Fakhoury