# EXHIBIT A

**IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS AND REQUEST FOR FRANKS HEARING**

<u>UNDER SEAL</u>