KEITH H. RUTMAN (CSB #144175)
501 West Broadway, Suite 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
ARDIT FERIZI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARDIT FERIZI,<br><br>    Defendant. | Case No. 3:21-CR-00027-WHA<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br>(Civil Local Rules 7-11 and 3-12) |

  COMES NOW Plaintiff, by and through his attorney of record, and hereby moves this Court to deem the instant action related to a civil action filed under the Federal Tort Claims Act entitled <u>Ardit Ferizi v. United States of America</u> Case No. 3:23-cv-02250-TSH (the "newly filed action"), within the meaning of Civil Local Rule 3-12(a).

  The instant action is related to the newly filed action because the newly filed action is a Federal Tort Claims Act suit alleging malicious prosecution in the filing and prosecution of the instant action.

  The instant action is also related to <u>United States v. Ardit Ferizi</u>, Eastern District of Virginia in Case No. 1:16-CR-00042-LMB because the prosecution in the instant action was maliciously commenced in order to interfere with that Court's Order that Plaintiff be released from custody pursuant to a pro se request for "compassionate release" under 18 U.S.C. § 3582(c).

  WHEREFORE, Plaintiff prays the Court reassign the newly filed matter, Case

///

No. 3:23-cv-02250-TSH to Senior U.S. District Judge William H. Alsup.

                                        Respectfully Submitted,

Dated: May 10, 2023                s/Keith H. Rutman
                                        KEITH H. RUTMAN
                                        Attorney for Plaintiff
                                        Email: krutman@krutmanlaw.com

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. That my business address is 402 West Broadway, Suite 2010 San Diego, California 92101. That on **May 10, 2023** I served a copy of **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION OF KEITH H. RUTMAN** by delivering a copy to each of the names and addresses listed below via email:

Gail K. Johnson, Esq.
Supervisory Trial Counsel
U.S. Department of Justice
Gail.K.Johnson@usdoj.gov

I further certify that on **May 10, 2023** I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this particular case.

Executed under penalty of perjury under the laws of the United States on **May 10, 2023** at San Diego, California.

*/s/ Keith H. Rutman*
KEITH H. RUTMAN